# AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF HOLMES

      I, Peter Reeves, being duly sworn, state under oath as follows:

1. I have personal knowledge of the facts set forth in this affidavit. I am fully capable of giving this affidavit.

2. My name is Peter Reeves. I am 31 years old.

3. I live at 221 Church Street, Lexington, Mississippi 39095.

4. I have one child, a son.

5. I am the head football coach and Vice President of the Lexington Colts Youth Sports Incorporated.

6. In March 2022, I was arrested after traveling through a roadblock setup by Lexington Police Department at approximately 2:00 a.m.

7. The stop was not a sobriety checkpoint, and roadblocks had become more frequent since July 2021 when Defendant Dobbins became chief of police.

8. Lexington Police Department charged me with felony possession of a controlled substance because I had a Tylenol bottle in my vehicle, even though Tylenol is not a controlled substance.

9. I often transport my uncle, a Vietnam war veteran, to and from doctor's appointments in which the Tylenol is prescribed to my uncle for chronic pain.

10. The officer who encouraged my arrest is the same officer I criticized on social media in previous weeks, leading me to believe that my arrest was retaliation.

11. I personally knew that that officer, Officer Epps, had associated with drug dealers and smoked marijuana around the time he joined LPD. I and other community members believed Officer Epps was LPD's puppet.

12. In a post on social media where I did not mention any individual's name, I conveyed to the public that they should know who is on the force and who is still "in the streets."

Several individuals commented on my post that I was referring to Officer Epps. However, I never said his name.

13. Following my arrest, the tow truck driver informed the officers that he could take my vehicle to my home instead of towing it elsewhere but the officers became enraged and assaulted him by slamming him against his towing vehicle twice and exclaiming, "Do the f*cking job we called you to do!"

14. I sat in the back of a police vehicle for approximately forty (40) minutes witnessing authorities arrest multiple Black drivers at the roadblock while allowing White drivers to pass through unstopped.

15. This affidavit is executed by affiant herein in accordance with the Mississippi Rules of Civil Procedure.

FURTHER AFFIANT SAYETH NOT.

_____
Peter Reeves

Sworn to and subscribed before me this the 15th day of August, 2022.

My Commission Expires:

_____
Notary Public