# AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF HOLMES

I, Darius Harris, being duly sworn, state under oath as follows:

1. I have personal knowledge of the facts set forth in this affidavit. I am fully capable of giving this affidavit.

2. My name is Darius Harris.

3. I am a Black adult resident residing at 15 West Railroad Avenue, Tchula, Mississippi 39169.

4. I am an entrepreneur in the construction industry and a single father.

5. I travel to Lexington multiple times a week to visit my brother, Robert Harris.

6. I began experiencing an increase in racially-motivated targeting and harassment in Lexington after Defendant Sam Dobbins was hired as the city's Chief of Police in July 2021.

7. On December 31, 2021, officers of the Lexington Police Department came to my brother's residence harassing my family while we are shooting fireworks in honor of the new year.

8. I was aware that the Fireworks Ordinance allowed us to celebrate the holiday but there was no curfew set by the Mayor and Board of Aldermen for said celebration.

9. I repeatedly asked the officers to leave my brother's residence because my family and I were not in violation of any policies or laws, but they refused and maintained their harassment.

10. Suddenly and without warning, one of the officers dislodged his taser striking me in the chest causing me to fall to the ground in agony.

11. On April 7, 2022, I, along with other residents of Lexington, Mississippi attended a "Know Your Rights" community meeting held by community activists and organizers.

12. I was one of many individuals who decided to speak out about the police brutality and misconduct.

13. The next day, April 8, 2022, my brother was arrested and taken to the Lexington Police Department.

14. I was notified of my brother's arrest, so I traveled to the Lexington Police Department to find out why my brother was arrested.

15. As I was walking up, police officers ran out the door and tackled me to the ground.

16. At the time I was arrested, I was also on the phone with one of the local activists who heard everything that was said.

17. I was arrested and immediately charged with retaliation against the police and a host of other charges.

18. On Monday, April 11, 2022, I was escorted to the Lexington Police Department by a local activist to retrieve the paperwork I was supposed to be given after my release.

19. The activist and I were treated harshly by then-Chief Sam Dobbins in which he refused to aid us and disallowed any of his officers from assisting us.

20. This affidavit is executed by affiant herein in accordance with the Mississippi Rules of Civil Procedure.

FURTHER AFFIANT SAYETH NOT.

_____
Darius Harris

Sworn to and subscribed before me this the 15th day of August 2022.

_____
Notary Public

My Commission Expires: Commission Expires June 10, 2023