# AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF HOLMES

I, Eric Redmond, being duly sworn, state under oath as follows:

1. I have personal knowledge of the facts set forth in this affidavit. I am fully capable of giving this affidavit.

2. My name is Eric Redmond.

3. I am a Black adult resident residing at 244 Kickernick Elm Street, Lexington, Mississippi 39095.

4. I am an upstanding citizen who has seven (7) children.

5. My love for children propelled me to begin working in the community, teaching youth to play softball.

6. I currently work as Captain of the Canton, Mississippi Fire Department and has previously served in law enforcement for 10 years.

7. On or around June 3, 2022, Lexington Police Department violated my Fourth Amendment rights.

8. I received a call at night from my brother informing me that Lexington Police Department had arrested my sister.

9. Immediately, I went to the scene but was notified that my sister had already been detained and taken to the precinct.

10. Upon arriving at the precinct, I parked on a private lot near the precinct to not block any traffic.

11. Once I entered the precinct, I received a phone call from my sister explaining that she needed $700.00 to be released from jail.

12. As I was leaving to go to the ATM, I received a second call from my sister notifying me that Lexington Police Department had changed the bail from $700.00 to $2,000.00.

1

13. I immediately asked to speak with the Chief of Police, Sam Dobbins, to discuss why the bail amount had changed, but the arresting officer, visibly angry, refused to let me speak with the Chief and commanded me to leave the premises.

14. Chief Dobbins then walked outside and commanded the officer to detain and arrest me. The officer pulled out his taser and said "I'm gonna blast your a\*\*."

15. Lexington Police Department did not explain the arrest, the charges, nor read me my Miranda rights. When I arrived at Holmes-Humphreys Regional Correctional Facility, I was informed that he had been charged with disorderly conduct and resisting arrest.

16. It was approximately eight (8) hours before I was notified of the amount of the bond.

17. While imprisoned, Lexington Police Department towed my vehicle without consent or request from the property owner.

18. This affidavit is executed by affiant herein in accordance with the Mississippi Rules of Civil Procedure.

FURTHER AFFIANT SAYETH NOT.

_____
Eric Redmond

Sworn to and subscribed before me this the 15th day of August 2022.

_____
Notary Public