**NAME:** Robert Harris

**ADDRESS:** ███████

**CITY:** Lexington   **STATE:** MS   **ZIP:** 39095

**SSN:** ███████   **D.O.B.:** ███████

**HT:** 6'2   **WT:** 260   **EYES:** Brwn   **HAIR** Blk

**CHARGE(S):** Suspended DL/no ins. Retaliation Against a Public Servant (felony) City Ordinance - Fireworks, Failure to Comply, Public Profanity Disturbing the Peace   **BOND AMOUNT:** $90,000.00

The above named defendant is being brought to HHRCF on the charge(s) mentioned above. You are requested to incarcerate said defendant until he/she shall either post the required bond set forth above, or until properly given his liberty by the municipal court of the below listed municipality.

This defendant is being brought to your jail for incarceration by the Lexington Police Department for _____

This _____ day of _____, 20____

OFFICER _____   OFFICER _____

Exhibit "F"

▓▓▓▓▓ ~~Laurious~~ Marks

**ADDRESS:** ███████

**CITY:** Tchula   **STATE:** MS   **ZIP:** 39169

**SSN:** ███████   **D.O.B.:** ███████

**HT:** 6'2   **WT:** 192   **EYES:** Brwn   **HAIR** Blk

**CHARGE(S):** Retaliation Against a Public Servant (Felony)
City Ordinance - Fireworks
Resisting Arrest, Failure to Comply

**BOND AMOUNT: $** _____

The above named defendant is being brought to HHRCF on the charge(s) mentioned above. You are requested to incarcerate said defendant until he/she shall either post the required bond set forth above, or until properly given his liberty by the municipal court of the below listed municipality.

This defendant is being brought to your jail for incarceration by the Lexington Police Department for ___Criminal Charges___

This ___7th___ day of ___April___, 20 ___22___

_____   _____
OFFICER                                OFFICER

| ALLEGHENY CASUALTY CO. | AL'S BAIL BOND NATIONWIDE SERV INC | BONITA STREETER |
|---|---|---|
| P O BOX 9810 | ALVIN THOMAS | BAIL SOLICITING AGENT |
| CALABASAS, CA 91372 | Professional Bail Agent #940 1616 | License #9501073 |
| 1(800) 935-2245 | P O BOX 21091 | |
| 1(818) 449-7135 fax | JACKSON, MS 39289 | |
| | 601-353-4990 FAX 601-354-1686 | |

## APPEARANCE BOND

STATE OF MISSISSIPPI  
COUNTY OF Holmes

Case No: _____  
Indictment No: _____  
Pin No: _____  
Defend ssn: _____  
Phone #: _____

THE STATE OF MISSISSIPPI (PLAINTIFF)

VS _Davris Harris_ (DEFENDANT)

Know All Men By These Presents:

That _Davris Harris_ as Principal, Al's Bail Bond Nationwide Serv Inc. and Allegheny Casualty Company, identified by the attached POWER OF ATTORNEY NO: _AS8K50085_ Are held and firmly bound in the court of _Lexington_, Mississippi in the sum of _One Thousand Seven Hundred Forty Seven_ dollars ($ _1747_). For the payment whereof well And truly to be made bind ourselves, our heirs, our executors, and administrators, successor and assigns jointly and severally firmly by these presents. The condition of this obligation is such that if the said principal, shall appear at the next regular or special term of _City_ Court on the _5_ Day _May_ 20_22_. Court time is _4 AM/PM_ to answer charge(s) _failure to comply, resisting arrest, public intoxication, fireworks ordinance_ and shall appear from day to day and from term to term until discharge by law of said court and not depart the same without leave, then this obligation to be void, else to remain in full force and virtue.

Witness our signatures, this the _8_ day of _April_ A. D. 20_22_

Defendant Signature: X _Davrin Harris_

Surety: AL'S BAIL BOND NATIONWIDE SERV INC, P O BOX 21091, JACKSON, MS 39289

_[signature]_

AGENT OF AL'S BAIL BOND NATIONWIDE SERV INC.  
ALLEGHENY CASUALTY COMPANY

APPROVED: THIS THE _____ DAY OF _____, 20____

Attorney: _____

Address: _____

Sheriff _____ County, MS

By _D. Hodges_ Deputy _Clerk_

IF THE SUBJECT FAILS TO APPEAR ON THE PROPER COURT DATE, NOTIFY AL'S BAIL BOND NATIONWIDE SERV INC.

# **Arrest Report**   Lexington Police Department

## ARREST REPORT

Case # _____

**NARRATIVE**
(INCLUDE IF PHOTOS WERE TAKEN, FINGERPRINTS AND EVIDENCE IF ANY SECURED AT LOCATION AND ANY OTHER INFORMATION VITAL TO REPORT)

On 04/08/2022 i officer hooker made a traffic stop on a white pick up pulling a trailer. The subject had a suspended license. the subject also had multiple warrants from the city.

ADDITIONAL SHEET ATACHED  YES ☐   NO ☐

OFFICER'S SIGNATURE

SUPERVISOR APPOVAL DATE:          SUPERVISOR DISAPPROVAL DATE:

BY:                                                                                   PAGE # 2

**AFFIDAVIT**

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# A-114-22
Page# _____
Docket# _____

 

Before me, the undersigned, Municipal Court Clerk of the City of Lexington, Mississippi, _____Ofc. Hooker_____ makes affidavit on information and belief that _____Robert Harris_____ on or about the __8th__ day of __April__, __2022__, in the City of __Lexington__, Mississippi, County aforesaid, did willfully, unlawfully, and knowingly and intentionally possess a controlled substance to wit: marijuana Less than an ounce within the city limits of Lexington.

Possession of Marijuana {41-29-139 (c)(2)}

against the peace and dignity of the state of Mississippi and / or said City.

_____(signature)_____

Sworn to and subscribed before me this the __8th__ day of __April__, __2022__.

_____(signature)_____
Municipal Judge / Court Clerk

# HOLMES COUNTY SHERIFF'S DEPARTMENT
## STATEMENT OF CHARGE (S)

TO:   WARDEN, HHRCF

NAME: Robert Earl Harris

ADDRESS: ███████████████

CITY: Lexington   STATE: MS   ZIP: 39095

SSN: ███████████   D.O.B.: ███████████

HT: 6'   WT: 245   EYES: Brown   HAIR: Black

CHARGE (S): Possession of Marijuana Found By His Feet in Car

Driving with no Driving Liscence    Failure Comply

No Insurance    Public Profanity

Retaliating Public Servant    Dis

Fine work City on Dem    BOND AMOUNT: $ _____

   The above named defendant is being brought to HHRCF on the charge (s) mentioned above. You are requested to incarcerate said defendant until he/she shall either post the required bond set forth above, or until properly given his liberty by the Holmes County Sheriff Department.

   This defendant is being brought to your jail for incarceration by the Holmes County Sheriff's Department for _____.

This _____ day of _____, 20____

_____
OFFICER

# Arrest Report

Lexington Police Department

## ARREST REPORT

Case # _____

**NARRATIVE**
(INCLUDE IF PHOTOS WERE TAKEN, FINGERPRINTS AND EVIDENCE IF ANY SECURED AT LOCATION AND ANY OTHER INFORMATION VITAL TO REPORT)

On 04/08/2022 Darious harris arrived at the station and was reconized by Chief Dobbins for having a warrant. Inv Henderson asked the subject for his ID. He refused to comply. Chief Dobbins grabbed the subject and said on the wall. The subject went to resisiting and fighting Officers. The subject was identified and transpported to booking without further incident. End of report.

ADDITIONAL SHEET ATACHED  YES ☐  NO ☐

OFFICER'S SIGNATURE

SUPERVISOR APPOVAL DATE:          SUPERVISOR DISAPPROVAL DATE:

BY:                                                PAGE # 2

**AFFIDAVIT**

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# A-112-22
Page# _____
Docket# _____

Before me, the undersigned, Municipal Court Clerk of the City of Lexington, Mississippi, Chief Dobbins makes affidavit on information and belief that Darious Harris on or about the 8th day of April, 2022, in the City of Lexington, Mississippi, County aforesaid, did willfully and unlawfully resist by fighting and pulling away and refusing to turn around, which obstructed his lawful arrest by Chief Dobbins a law enforcement officer, which this incident took place in the City Limits of Lexington, Ms.

Resisting Arrest [97-9-73]

against the peace and dignity of the ~~state of~~ Mississippi and / or said City.

_____

Sworn to and subscribed before me this the _____ day of _____, _____.

_____
Municipal Judge / Court Clerk

**AFFIDAVIT**

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# 1-113-22
Page# _____
Docket# _____

Before me, the undersigned, Municipal Court Clerk of the City of Lexington, Mississippi, __Chief Dobbins__ makes affidavit on information and belief that __Darious Harris__ on or about the __8th__ day of __April__, __2022__, in the City of __Lexington__, Mississippi, County aforesaid, did Willingly and unlawfully, with intent to provoke a breach of peace, refuse to comply with the commands of a law enforcement officer whad the authority to then and there arrest any person for violation of the law, by refusing to comply with Officers commends while in the city Limits of Lexington.
Failure to Comply 97-37-7

against the peace and dignity of the state of Mississippi and / or said City.

Sworn to and subscribed before me this the __8th__ day of __April__, __2022__.

_____
Municipal Judge / Court Clerk

**AFFIDAVIT**

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# A-114-22
Page# _____
Docket# _____

Before me, the undersigned, Municipal Court Clerk of the City of Lexington, Mississippi, __Chief Dobbins__ makes affidavit on information and belief that __Darious Harris__ on or about the __8th__ day of __April__, __2022__, in the City of __Lexington__, Mississippi, County aforesaid, did illfully and unlawfully be drunk at Lexington Police Dept, a public place, in the presence of two or more persons while in the city limits of Lexington, MS.

Public Drunk(intoxication) [97-29-47]

against the peace and dignity of the state of Mississippi and / or said City.

Sworn to and subscribed before me this the __8th__ day of __April__, __2022__.

Municipal Judge / Court Clerk