A-024-22

# AFFIDAVIT

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# _____
Page# _____
Docket# _____

Before me, the undersigned, Municipal Court Clerk of the City of Lexington, Mississippi, **Chief Dobbins** makes affidavit on information and belief that **Robert Harris** on or about the **31st** day of **December**, **2021**, in the City of **Lexington**, Mississippi, County aforesaid, did <u>willingly and knowingly violate the city firework ordinace by shooting fireworks after hours on 4th street in Lexignton Ms</u>

<u>City Ordinance- Fireworks</u>

against the peace and dignity of the state of Mississippi and / or said City.

Sworn to and subscribed before me this the **18th** day of **January**, **2022**.

_____
Municipal Judge / Court Clerk

Exhibit "G"

W-024-22

**WARRANT**

**STATE OF MISSISSIPPI**

Warrant # _____6275_____
Case# _____
Court Date _____

To any Lawful Officer of Holmes County:

We Command you to take the body of  Robert Harris _____

_____

_____

charged with  _____City Ordinance-Fireworks_____

within the corporate limits of the  City of Lexington , Mississippi ,

for examination on said charge.

This the __19th__ day of __January__, __2022__.

_____
Municipal Judge

I have this date personally served _____ with a true copy of this writ.

SO SERVED, this the _____ day of _____ , 20 ____ .

_____
OFFICER

Last Known Address
.

A-019-22

# AFFIDAVIT

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# _____
Page# _____
Docket# _____

Before me, the undersigned, Municipal Court Clerk of the City of Lexington, Mississippi, __Chief Dobbins__ makes affidavit on information and belief that __Robert Harris__ on or about the __31st__ day of __December__, __2021__, in the City of __Lexington__, Mississippi, County aforesaid, did willfully, unlawfully and feloniously threaten Chief Sam Dobbins by stating "he wouldve done something to him if it wasnt for his kids" in retaliation for things lawfully done by Chief Sam Dobbins in his capacity of Chief Of Police for Lexington Police Department.

Retaliation Against a Public Servant or Witness (97-9-127)

against the peace and dignity of the state of Mississippi and / or said City.

Sworn to and subscribed before me this the __18th__ day of __January__, __2022__.

_____
Municipal Judge / Court Clerk

W - 019 - 22

**WARRANT**

**STATE OF MISSISSIPPI**

**To any Lawful Officer of Holmes County:**

Warrant # _____6270_____

Case# _____

Court Date _____

We Command you to take the body of   Robert Harris _____

_____

_____

charged with   Retaliation Against a Public Servant or Witness _____

within the corporate limits of the  City of Lexington , Mississippi ,

for examination on said charge.

This the __19th__ day of __January__, 2022.

_____
Municipal Judge

I have this date personally served _____ with a true copy of this writ.

SO SERVED, this the _____ day of _____, 20 ___.

_____
OFFICER

Last Known Address

A- 020-22

# AFFIDAVIT

## STATE OF MISSISSIPPI

## HOLMES COUNTY

Case# _____
Page# _____
Docket# _____

Before me, the undersigned, Municipal Court Clerk of the City of Lexington, Mississippi, __Chief Dobbins__ makes affidavit on information and belief that __Robert Harris__ on or about the __31st__ day of __December__, __2021__, in the City of __Lexington__, Mississippi, County aforesaid, did Willfully and unlawfully disturb the public peace at the police department by being loud and disruptive while in the city limits of Lexington Ms.

Disturbing The Peace [97-35-15]

against the peace and dignity of the state of Mississippi and / or said City.

Sworn to and subscribed before me this the __18th__ day of __January__, __2022__.

_____
Municipal Judge / Court Clerk

W-021-22

**WARRANT**

Warrant # ____6272____

**STATE OF MISSISSIPPI**

Case# _____

Court Date _____

To any Lawful Officer of Holmes County:

We Command you to take the body of  Robert Harris _____

charged with ____Disturbing The Peace (97-35-15)____

within the corporate limits of the  City of Lexington , Mississippi,

for examination on said charge.

This the __19th__ day of __January__, 2022

_____
Municipal Judge

I have this date personally served _____ with a true copy of this writ.

SO SERVED, this the _____ day of _____, 20 ___.

_____
OFFICER

Last Known Address

A-022-22

# AFFIDAVIT

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# _____
Page# _____
Docket# _____

    Before me, the undersigned, Municipal Court Clerk of the City of <u>Lexington</u>, Mississippi, <u>Chief Dobbins</u> makes affidavit on information and belief that <u>Robert Harris</u> on or about the <u>31st</u> day of <u>December</u>, <u>2021</u>, in the City of <u>Lexington</u>, Mississippi, County aforesaid, did <u>willfully and unlawfully profanely curse on 4th street a public place in the presence of two or more persons by saying "Fuck You"</u>

<u>Public Profanity(97-29-47)</u>

against the peace and dignity of the state of Mississippi and / or said City.

Sworn to and subscribed before me this the <u>18th</u> day of <u>January</u>, <u>2022</u>.

_____
Municipal Judge / Court Clerk

W - 022 - 22

**WARRANT**

**STATE OF MISSISSIPPI**

To any Lawful Officer of Holmes County:

Warrant # _____6273_____

Case# _____

Court Date _____

We Command you to take the body of   Robert Harris _____

_____

_____

charged with _____Public Profanity (97-29-47)_____

within the corporate limits of the   City of Lexington , Mississippi ,

for examination on said charge.

This the __19th__ day of __January__, 2022.

_____
Municipal Judge

I have this date personally served _____ with a true copy of this writ.

SO SERVED, this the _____ day of _____, 20 ___ .

_____
OFFICER

Last Known Address

A - 023 - 22

# AFFIDAVIT

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# _____
Page# _____
Docket# _____

Before me, the undersigned, Municipal Court Clerk of the City of Lexington, Mississippi, __Chief Dobbins__ makes affidavit on information and belief that __Robert Harris__ on or about the __31st__ day of __December__, __2021__, in the City of __Lexington__, Mississippi, County aforesaid, did <u>willfully and unlawfully, with intent to provoke a breach of peace, refuse to comply with the command of a law enforcement officer who had the authority to then and there arrest any person for violation of the law, by refusing to comply with Officers commands while in the City Limits of Lexington, MS.</u>

<u>Failure to Comply 97-37-7</u>

against the peace and dignity of the state of Mississippi and / or said City.

Sworn to and subscribed before me this the __18th__ day of __January__, __2022__.

_____
Municipal Judge / Court Clerk

**WARRANT**

**STATE OF MISSISSIPPI**

Warrant # ____6274____
Case# _____
Court Date _____

**To any Lawful Officer of Holmes County:**

We Command you to take the body of ____Robert Harris____

charged with ____Failure to Comply (97-37-7)____

within the corporate limits of the City of Lexington, Mississippi,

for examination on said charge.

This the __19th__ day of __January__, __2022__.

_____
Municipal Judge

I have this date personally served _____ with a true copy of this writ.

SO SERVED, this the _____ day of _____, 20 ___.

_____
OFFICER

Last Known Address

A - 017 - 22

# AFFIDAVIT

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# _____
Page# _____
Docket# _____

Before me, the undersigned, Municipal Court Clerk of the City of Lexington, Mississippi, __Chief Dobbins__ makes affidavit on information and belief that __Darious Harris__ on or about the __31st__ day of __December__, __2021__, in the City of __Lexington__, Mississippi, County aforesaid, did willfully, unlawfully and feloniously threaten Chief Sam Dobbins by stating "he would beat my ass everytime i ride by this house" in retaliation for things lawfully done by Chief Sam Dobbins in his capacity of Chief Of Police for Lexington Police Department.

Retaliation Against a Public Servant or Witness (97-9-127)

against the peace and dignity of the state of Mississippi and / or said City.

Sworn to and subscribed before me this the __18th__ day of __January__, __2022__

_____
Municipal Judge / Court Clerk

W-017-22

**WARRANT**

Warrant # _____6268_____

**STATE OF MISSISSIPPI**

Case# _____

Court Date _____

To any Lawful Officer of Holmes County:

We Command you to take the body of  Darious Harris _____

_____

_____

charged with  Retaliation Against a Public Servant or Witness _____

within the corporate limits of the  City of Lexington , Mississippi,

for examination on said charge.

This the __19th__ day of __January__, 2022.

_____
Municipal Judge

I have this date personally served  _Darious Harris_  with a true copy of this writ.
SO SERVED, this the __7th__ day of __April__, 20 _22_.

_____
OFFICER

Last Known Address

A-018-22

## AFFIDAVIT

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# _____
Page# _____
Docket# _____

Before me, the undersigned, Municipal Court Clerk of the City of Lexington, Mississippi, **Chief Dobbins** makes affidavit on information and belief that **Darious Harris** on or about the **31st** day of **December**, **2021**, in the City of **Lexington**, Mississippi, County aforesaid, did <u>willingly and knowingly violate the city firework ordinace by shooting fireworks after hours on 4th street in Lexignton Ms</u>

<u>City Ordinance- Fireworks</u>

against the peace and dignity of the state of Mississippi and / or said City.

Sworn to and subscribed before me this the **18th** day of **January**, **2022**

_____
Municipal Judge / Court Clerk

W- 018-22

**WARRANT**

**STATE OF MISSISSIPPI**

To any Lawful Officer of Holmes County:

Warrant # _____6269_____
Case# _____
Court Date _____

We Command you to take the body of  Darious Harris

charged with _____City Ordinance- Fireworks_____

within the corporate limits of the  City of Lexington , Mississippi,

for examination on said charge.

This the __14th__ day of __January__, 2022

_____
Municipal Judge

I have this date personally served __Darious Harris__ with a true copy of this writ.
SO SERVED, this the __7th__ day of __April__, 20 22

_____
OFFICER

Last Known Address