# Arrest Report

Lexington Police Department

## ARREST REPORT

Case # _____

---

### NARRATIVE
(INCLUDE IF PHOTOS WERE TAKEN, FINGERPRINTS AND EVIDENCE IF ANY SECURED AT LOCATION AND ANY OTHER INFORMATION VITAL TO REPORT)

---

On Sunday March 6, 2022 at approximately 02:00 hrs, This Investigator Charles Henderson PD-2 was on Highway 12 near Old Tchula Road conducting a Safety Check Point. I observed a Dark Blue Toyota Camry pull up to the check point with very dark windows. I then check the driver later identified as Peter Reeves of Lexington, Ms.

I asked for his licenses and insurance and smelled a heavy presence of marijuana coming from inside the vehicle. Mr. Reeves stated that he didn't have his insurance on him and he was told to pull over to the right shoulder of the road. Officer J. Newell then began writing him citations, which I then walked up to his vehicle and instructed him to step out, due to the smell of marijuana coming from inside the vehicle.

I then began to do a search of the vehicle and located a Black Glock Hand Gun under the driver seat and Officer Newell then detained Mr. Reeves for Officer Safety. Officer Newell then ran the gun through Holmes County Sheriff Department, which came back clear. I then continued searching the vehicle and located two pills bottles, which one bottle didn't have a label on it and the other one had the name George Reeves on it.

I noticed that both bottles contained different medications in them, which I then looked up both medications. One medication was oxycoton, which is a schedule II controlled substance and had approximately 19 dosage units in the bottle I90. I looked inside the other bottle with George Reeves on it and it had 67 pills to belonged to his uncle.

I noticed that Mr. Reeves eyes was heavy diolated and Redish, which gave me the belief and training and experience that he was under the influence of marijuana. I then placed Mr. Reeves under arrest for the narcotics being the pills (19), tint violation, and no insurance. I then advised dispatch to send the next wrecker on rotation for the vehicle.

Mr. Reeves was then walked to the rear of Officer Newell patrol vehicle and placed in the rear of that vehicle. Dispatch advised that Farmer's Towing was en route for that vehicle.

---

ADDITIONAL SHEET ATACHED   YES ☐   NO ☐

**OFFICER'S SIGNATURE**

**SUPERVISOR APPOVAL DATE:**   **SUPERVISOR DISAPPROVAL DATE:**

BY:                    Exhibit "H"                    PAGE # 2

# Arrest Report

**Lexington Police Department**

| PD# | Officer | Bdg# | Case # | Date |
|---|---|---|---|---|
| 2 | Invest. Charles Henderson | 2 | | 3-6-2022 |

**Last** Reeves    **First** Peter    **Mi** A

**Address** [redacted]    **City** Lexington    **State** MS    **Zip** 39095

**D.O.B.** [redacted]    **Height**    **Weight**    **Race** B    **Sex** M

**Eye** BRO    **Hair** BLK

**DL#** [redacted]    **SSN#**    **Phone #s**

**Scars or Marks**

**Alias**

**Age at Arrest** 31

**Occupation**

**Employer**

**Charges** (1) Poss of Controlled Sub. (Felony)

(2) Tint Violation

(3) No Insurance

**Bond**

**Ticket or Aff. #**

PAGE # 1

## Criminal Record



| Case 132757 | Warrant Issued NO | Year 2022 | Ticket or Aff. # 025079 | Evidence Logged In |
|---|---|---|---|---|
| Last: Reeves | First: Peter | | Mi.: A | Suffix: |
| Address: ████ | City: Lexington | | State: MS | Zip: 39095 |
| | Phone: | | | |

| D.O.B.: ████ | Age: 31 | Height: | Weight: |
|---|---|---|---|
| | Race: B | Sex: M | |

**Scars or Marks**

**Alias**

| DL#: ████ | SSN#: |
|---|---|
| DL State: MS   DL Class: R | DL Status: |

### Do Not Make Changes to Violation on This Screen.

| Violation: NO PROOF OF LIAB INS | Date: 03-05-2022 | Time: 02:01 |
|---|---|---|
| Hwy or Street: Glady's | Speed: -   Speed Limit: - | Accident: N |
| Court Date: 04-14-2022 | Blood Alcohol Content: | Shoplift/DUI Form: |
| Companion Cases: | Offense: M  Traffic (Moving Violation) | Offense Code: M |

### Fine & Assessments

| Total Assessments: $328.00 | Fine Plus Assessments: $428.00 | Account Balance: $0.00 |
|---|---|---|

**Fine Amount** $100.00

**Select The State Assessments For This Violation**
State Assessment Codes

| | | |
|---|---|---|
| Traffic Violation | TV | 90.50 |
| Court Constituents | CC | 0.50 |
| Uninsured Motorist | UMI | 200.00 |
| | | |
| | | |
| | | |
| **State Assessment Total** | | 291.00 |

This Is A List Of The Local Assessments You Have Asigned.
Check The Box Below If You Want These Assessments Added To This Account

Add Local Assessments ☒

| | |
|---|---|
| HC- Crime Stoppers | 2.00 |
| Technology Fee | 0.00 |
| UMI 1st | 0.00 |
| Non-Adj | |
| Processing Fee | 35.00 |
| **Local Assessment Total** | **$37.00** |

### Officer information

| Pd#: 11 | Bdg#: 11 | Officer: Justin Newell |
|---|---|---|
| Same as Officer | If other than the Officer | Dispatcher: Thompson |
| Charges Filed by: Justin Newell | | |

# Criminal Record


Paid Prior to Court   CLEAR

| Case 132758 | Warrant Issued NO | Year 2022 | Ticket or Aff. # 025080 | Evidence Logged In |
|---|---|---|---|---|

| Last | Reeves | First | Peter | Mi. | A | Suffix | |
|---|---|---|---|---|---|---|---|
| Address | | City | Lexington | State | MS | Zip | 39095 |
| | | Phone | | | | | |

| D.O.B. | | Age | 31 | Height | | Weight | |
|---|---|---|---|---|---|---|---|
| | | Race | B | Sex | M | | |

Scars or Marks

Alias

| DL# | | SSN# | |
|---|---|---|---|
| DL State MS | DL Class R | DL Status | |

**Do Not Make Changes to Violation on This Screen.**

| Violation | Tint Law | | Date | 03-05-2022 | Time | 02:01 |
|---|---|---|---|---|---|---|
| Hwy or Street | Glady's | Speed - | Speed Limit - | | Accident | N |
| Court Date | 04-14-2022 | Blood Alcohol Content | | Shoplift/DUI Form | | |
| Companion Cases | | Offense M Traffic (Moving Violation) | | | Offense Code | M |

## Fine & Assessments

| Total Assessments | $93.00 | Fine Plus Assessments | $193.00 | Account Balance | $0.00 |
|---|---|---|---|---|---|

Fine Amount  $100.00

**Select The State Assessments For This Violation**
State Assessment Codes

| | | | |
|---|---|---|---|
| Traffic Violation | TV | 90.50 | |
| Court Constituents | CC | 0.50 | |

State Assessment Total   91.00

**This Is A List Of The Local Assessments You Have Asigned.**
Check The Box Below If You Want These Assessments Added To This Account

Add Local Assessments ☒

| HC- Crime Stoppers | 2.00 |
|---|---|
| Technology Fee | 0.00 |
| UMI 1st | 0.00 |
| Non-Adj | |
| Processing Fee | |

Local Assessment Total   $2.00

## Officer information

| Pd# | 11 | Bdg# | 11 | Officer | Justin Newell |
|---|---|---|---|---|---|

| Same as Officer | If other than the Officer | | Dispatcher |
|---|---|---|---|
| Charges Filed by | Justin Newell | | Thompson |

# Criminal Record

 Paid Prior to Court · CLEAR

| Case | 132768 | Warrant Issued | NO | Year | 2022 | Ticket or Aff. # | 025080 | Evidence Logged In | |
|---|---|---|---|---|---|---|---|---|---|
| Last | Reeves | First | Peter | | | Mi. | A | Suffix | |
| Address | [redacted] | City | Lexington | | | State | MS | Zip | 39095 |
| | | Phone | | | | | | | |

| D.O.B. | [redacted] | Age | 31 | Height | | Weight | |
|---|---|---|---|---|---|---|---|
| | | Race | B | Sex | M | | |

Scars or Marks

Alias

| DL# | [redacted] | SSN# | |
|---|---|---|---|
| DL State | MS | DL Class | R | DL Status | |

**Do Not Make Changes to Violation on This Screen.**

| Violation | Poss. controlled substance | Date | 03-05-2022 | Time | 02:01 |
|---|---|---|---|---|---|
| Hwy or Street | Gladys's | Speed | - | Speed Limit | - | Accident | N |
| Court Date | 04-07-2022 | Blood Alcohol Content | | Shoplift/DUI Form | |
| Companion Cases | | Offense | T  Felony Drug | Offense Code | T |

## Fine & Assessments

| Total Assessments | $2.00 | Fine Plus Assessments | $2.00 | Account Balance | |
|---|---|---|---|---|---|

**Fine Amount**

Select The State Assessments For This Violation
State Assessment Codes

State Assessment Total

This Is A List Of The Local Assessments You Have Asigned.
Check The Box Below If You Want These Assessments Added To This Account

| Add Local Assessments | ☒ |
|---|---|
| HC- Crime Stoppers | 2.00 |
| Technology Fee | 0.00 |
| UMI 1st | 0.00 |
| Non-Adj | |
| Processing Fee | |
| Local Assessment Total | $2.00 |

## Officer information

| Pd# | 11 | Bdg# | 11 | Officer | Justin Newell |
|---|---|---|---|---|---|
| Same as Officer | | If other than the Officer | | Dispatcher | Thompson |
| Charges Filed by | Justin Newell | | | | |