# OFFENSE REPORT

| Case # C-25094-19 | Date Rec. 09-10-2019 | **LEXINGTON POLICE** | Sheet # 5490 |
|---|---|---|---|

| 1. COMPLAINANT OR FIRM CHARLES HENDERSON PD-8 | AGE   RACE   SEX | 2. PHONE (BUSINESS) |
|---|---|---|

| 3. COMPLAINANT'S ADDRESS | 4. CITY | 5. PHONE (RESIDENT) |
|---|---|---|

| 6. COMPLAINANT'S BUSINESS   ADDRESS | JOB TITLE | WILL COMPLAINANT PROSECUTE? ☐ YES   ☐ NO |
|---|---|---|

| 7. OFFENSE Fail To Obey, Open Container, Loitering | 8. PLACE OF OCCURRENCE Mid West Yazoo Street | 9. TYPE PREMISES |
|---|---|---|

| 10. DAY DATE & TIME OF OFFENSE | 11. REPORTED BY | 12. REPORTED TO C. Hendedrson | 13. HOW REPORTED Person |
|---|---|---|---|

| 14. BODILY INJURIES   YES ☐   NO ☐   VICTIM TAKEN TO | 15. TRANSPORTED BY | 16. DESC. INJURIES | 17. CONDITION |
|---|---|---|---|

| 18. M/O   HOW DONE   FORCE USED   WITH WHAT TOOL OR WEAPON   OTHER ACTS OR TRADEMARKS |
|---|

| 19. VEHICLE INVOLVED?  OWNER   YES ☐   NO ☐ | 20. YEAR COLOR MAKE MODEL BODY STYLE LIC. NO.  YEAR STATE VIN. NO. |
|---|---|

| CODES | S - STOLEN PROPERTY | D - DAMAGED PROPERTY | L - LOST PROPERTTY | F - FOUND PROPERTY |
|---|---|---|---|---|

| 21. PROPERTY SECTI | CODE S-D-L-F | QTY. | DESCRIPTION (SIZE, COLOR, MODEL, STYLE, MATERIAL, CONDITION) | SERIAL NO. | WHERE PURCHASED | VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| 22. DISPOSITION OF PROPERTY | 23. TOTAL VALUE |
|---|---|

| 24. WITNESS NAME 1. | BEST CONTACT ADDRESS 1 | AGE 1 | BEST PHONE 1 | OTHER PHONE 1 |
|---|---|---|---|---|
| WITNESS NAME 2. | BEST CONTACT ADDRESS 2 | AGE 2 | BEST PHONE 2 | OTHER PHONE 2 |

25. NAME AND ADDRESS OF SUSPECT(S) (AGE, RACE, DESCRIPTION, RELATION TO COMPLAINANT OR WITNESS)
1.
2.

26. DETAILS NOT COVERED ABOVE

On Thursday September 5, 2019 at approximately 00:30 hrs, This Officer Charles Henderson badge #8 was patrolling Yazoo Street in the City Limits of Lexington, MS. I observed loud music being from loud as I was approaching the Mid West Store located at 302 Yazoo Street. I then observed 3 vehicles as I  puulled on the parking lot, which the store was closed.

I then ininated my Blue Lights, which I observed Michael Stewart stand up from a lounge chair and holler asking me what did I want. I then instructed Michael that he needed to leave that the store was closed and he knew he wasn't suppose to be there. He then replied " No One Didn't Tell You, This My Property". I then said yea right, you need to leave or go to jail, which he then stated " No One Taking Me Any Where'.

Michael then walked back to his chair by his truck and got a Bud Light out his cooler and started drinking his beer. I then turned on my siren in front him trying to get him to leave, which he continued to drink. I then pulled back beside him and told

**ADDITIONAL SHEET ATACHED** YES ☐   NO ☐

| 27. INVESTIGATING OFFICER(S) | 28. REPORT MADE BY C. Henderson PD-8 | DATE 9-5-2019 |
|---|---|---|

| 29. CASE FILED YES ☐   NO ☐   Cleared by arrest ☐ Unfounded ☐ inactive ☐ other ☐ | 31. APPROVED BY   BADGE NO. |
|---|---|

him if I wanted him to go to jail he would and he said I wasn't going to put my hands on him.

I then told him that he wasn't going to do anything to cause if I try to arrest him and he put his hands on me his family would be wearing Black Suits. I then told him to leave several more times, which he say he had Sheriff WIllie March on the phone. I then left the store parking lot while he continued to drink and have the music very loud, which he had a large size speaker playing.

# OFFENSE REPORT

**Case #**  C-25094-19          **Date Rec.**          09-10-2019

# Arrest Report

Lexington Police Department

## ARREST REPORT

Case #  C-26050-22

---

### NARRATIVE
### (INCLUDE IF PHOTOS WERE TAKEN, FINGERPRINTS AND EVIDENCE IF ANY SECURED AT LOCATION AND ANY OTHER INFORMATION VITAL TO REPORT)

---

On June 30, 2022 at 2303 hour I Officer Shiers was patrolling the area of Avenue B and Fourth Street when I saw a red Mazda car sitting in the roadway north bound and in the left lane. As I got closer the car it pulled to the right lane and stopped . The Driver was talking to a black male on a bicycle. I had to get over on the shoulder in order to pass the car. I stopped and asked the driver to move out of the roadway. The driver was later identified as Malcom Stewart stated ( I don't have to) at that time I reversed my patrol car so I could open my door. Once I got out I then walked back up to Mr. Stewart and asked for his driver license. Mr. Stewart stated that he did not have any.

I then asked Mr. Stewart how much he had to drink and he said nothing. At that time I could smell a overwhelming odor of intoxicating beverage coming from the car. I then as Mr. Stewart to step out of the car and he became very agitated and would not comply. As I tried to open the car door Mr. Stewart put his left hand on the door trying to keep it shut. I reached through the window to unlock the door and that's when Mr. Stewart grabbed my hand then pushed it away from the lock. I then pulled my tazer and ordered Mr. Stewart out of the car several time before he complied. Once out of the car I placed Mr. Stewart under arrest and began searching him for weapons. Mr. Stewart continued to resist by pulling away. Mr. Stewart began cursing me as I tried to search his person. I tried to placed Mr. Stewart in the passenger rear seat of my patrol car as he continued to curse and resist.

As I pulled Mr. Stewart's wallet from his left rear pocket he turned toward me yelling and spit from his mouth was hitting me in the face. I tried to turn Mr. Stewart away from me that's when he snatched away from me as I had his wallet in my hand and it broke the chain connecting the wallet to his belt loop. Mr. Stewart stated give my wallet to Lieutenant Jackson so he can give it to a female standing near the patrol car.

---

## ADDITIONAL SHEET ATACHED  YES ☐  NO ☐

OFFICER'S SIGNATURE

SUPERVISOR APPOVAL DATE:          SUPERVISOR DISAPPROVAL DATE:

BY:                                                                PAGE # 2

# Arrest Report

Lexington Police Department

## ARREST REPORT

Case #   C-26050-22

---

## NARRATIVE

I then handed the wallet to Lieutenant Jackson and walked toward the red Mazda and could hear Lieutenant asking who he wanted to give the wallet to. Lieutenant Jackson then walked to a female hand handed the wallet to her. I then began to check the car for weapons and evidence. I then ran the tag number through dispatch and they advised me that it should be displayed on a 2004 Chevy not a 2017 Mazda. I then ran the VIN number and found that the car was stolen from Jackson Mississippi. I then called for the next wrecker on rotation to tow the car.

Lieutenant Jackson said he would sit with the vehicle so I could transport Mr. Stewart to the Lexington Police Department for booking. I then left the scene and started toward the Police Department and Mr. Stewart was still cursing and stated that he was going to beat my ass. I told Mr. Stewart if he didn't stop he would only catch more charges and he stated ( when we get to the jail and you take these cuffs off I'm going to beat your fucking ass that a promise). Mr. Stewart continued to say that and call me white mother fucker.

Once at the Police Department Mr. Stewart could not follow simple instruction and was and continued to resist me as I searched his person. I could smell the intoxicating beverage odor coming from his breath and noticed that his eyes were bloodshot red. While listen to Mr. Stewart talk (curse) and threaten me I could hear him slurring his words. Mr. Stewart was sitting in a chair and could see his body swaying back and forth. Once completing the proper paper work for booking I then transported Mr. Stewart to the Holmes County Jail.

Once at the Jail Mr. Stewart was still cursing and calling me names as I took the cuffs off he stated toward me as if he was going to keep his promise and fight me. I pulled my tazer halfway out of the holster and ordered Mr. Stewart back. At that time he stopped walked back a couple steps then started toward me again in a threaten manner as I ordered his to stop the second time. The Jail then opened the door and I was able to exit the Jail. END OF REPORT

OFFENSE REPORT

| Case # C-26050-22 | Date Rec. 06/30/2022 | LEXINGTON POLICE | Sheet # 6185 |
|---|---|---|---|

| 1. COMPLAINANT OR FIRM LEXINGTON POLICE DEPARTMENT | AGE | RACE | SEX | 2. PHONE (BUSINESS) |
|---|---|---|---|---|

| 3. COMPLAINANT'S ADDRESS | 4. CITY | 5. PHONE (RESIDENT) |
|---|---|---|

**6. COMPLAINANT'S BUSINESS   ADDRESS**   JOB TITLE   WILL COMPLAINANT PROSECUTE? ☐ YES ☐ NO

| 7. OFFENSE | 8. PLACE OF OCCURRENCE Avenue B | 9. TYPE PREMISES roadway |
|---|---|---|

| 10. DAY DATE & TIME OF OFFENSE 06-30-2022    2303 | 11. REPORTED BY Shiers PD8 | 12. REPORTED TO | 13. HOW REPORTED Person |
|---|---|---|---|

| 14. BODILY INJURIES  YES ☐  NO ☒ | VICTIM TAKEN TO | 15. TRANSPORTED BY | 16. DESC. INJURIES | 17. CONDITION |
|---|---|---|---|---|

**18. M/O   HOW DONE   FORCE USED   WITH WHAT TOOL OR WEAPON   OTHER ACTS OR TRADEMARKS**

**19. VEHICLE INVOLVED?  OWNER**  YES ☐  NO ☐   **20. YEAR COLOR MAKE MODEL BODY STYLE LIC. NO.  YEAR STATE VIN. NO.**

CODES     S - STOLEN PROPERTY     D - DAMAGED PROPERTY     L - LOST PROPERTTY     F - FOUND PROPERTY

| 21. PROPERTY SECTION | CODE S-D-L-F | QTY. | DESCRIPTION (SIZE, COLOR, MODEL, STYLE, MATERIAL, CONDITION) | SERIAL NO. | WHERE PURCHASED | VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**22. DISPOSITION OF PROPERTY**        **23. TOTAL VALUE**

| 24. WITNESS NAME 1. | BEST CONTACT ADDRESS 1 | AGE 1 | BEST PHONE 1 | OTHER PHONE 1 |
|---|---|---|---|---|
| WITNESS NAME 2. | BEST CONTACT ADDRESS 2 | AGE 2 | BEST PHONE 2 | OTHER PHONE 2 |

**25. NAME AND ADDRESS OF SUSPECT(S) (AGE, RACE, DESCRIPTION, RELATION TO COMPLAINANT OR WITNESS)**
1.
2.

**26. DETAILS NOT COVERED ABOVE**

ADDITIONAL SHEET ATACHED  YES ☒   NO ☐

| 27. INVESTIGATING OFFICER(S) | 28. REPORT MADE BY J. Shiers PD8 | DATE |
|---|---|---|

| 29. CASE FILED YES ☒   NO ☐ | Cleared by arrest ☒ Unfounded ☐ inactive ☐ other ☐ | 31. APPROVED BY | BADGE NO. |
|---|---|---|---|

OFFENSE REPORT

**Case #** C-26050-22          **Date Rec.** 06/30/2022

On June 30, 2022 at 2303 hour I Officer Shiers was patrolling the area of Avenue B and Fourth Street when I saw a red Mazda car sitting in the roadway north bound and in the left lane. As I got closer the car it pulled to the right lane and stopped . The Driver was talking to a black male on a bicycle. I had to get over on the shoulder in order to pass the car. I stopped and asked the driver to move out of the roadway. The driver was later identified as Malcom Stewart stated ( I don't have to) at that time I reversed my patrol car so I could open my door. Once I got out I then walked back up to Mr. Stewart and asked for his driver license. Mr. Stewart stated that he did not have any. I then asked Mr. Stewart how much he had to drink and he said nothing. At that time I could smell a overwhelming odor of intoxicating beverage coming from the car. I then as Mr. Stewart to step out of the car and he became very agitated and would not comply. As I tried to open the car door Mr. Stewart put his left hand on the door trying to keep it shut. I reached through the window to unlock the door and that's when Mr. Stewart grabbed my hand then pushed it away from the lock. I then pulled my tazer and ordered Mr. Stewart out of the car several time before he complied. Once out of the car I placed Mr. Stewart under arrest and began searching him for weapons. Mr. Stewart continued to resist by pulling away. Mr. Stewart began cursing me as I tried to search his person. I tried to placed Mr. Stewart in the passenger rear seat of my patrol car as he continued to curse and resist.As I pulled Mr. Stewart's wallet from his left rear pocket he turned toward me yelling and spit from his mouth was hitting me in the face. I tried to turn Mr. Stewart away from me that's when he snatched away from me as I had his wallet in my hand and it broke the chain connecting the wallet to his belt loop. Mr. Stewart stated give my wallet to Lieutenant Jackson so he can give it to a female standing near the patrol car.I then handed the wallet to Lieutenant Jackson and walked toward the red Mazda and could hear Lieutenant asking who he wanted to give the wallet to. Lieutenant Jackson then walked to a female hand handed the wallet to her. I then began to check the car for weapons and evidence. I then ran the tag number through dispatch and they advised me that it should be displayed on a 2004 Chevy not a 2017 Mazda. I then ran the VIN number and found that the car was stolen from Jackson Mississippi. I then called for the next wrecker on rotation to tow the car. Lieutenant Jackson said he would sit with the vehicle so I could transport Mr. Stewart to the Lexington Police Department for booking. I then left the scene and started toward the Police Department and Mr. Stewart was still cursing and stated that he was going to beat my ass. I told Mr. Stewart if he didn't stop he would only catch more charges and he stated ( when we get to the jail and you take these cuffs off I'm going to beat your fucking ass that a promise). Mr. Stewart continued to say that and call me white mother fucker. Once at the Police Department Mr. Stewart  could not follow simple instruction and was and continued to resist me as I searched his person. I could smell the intoxicating beverage odor coming from his breath and noticed that his eyes were bloodshot red. While listen to Mr. Stewart talk (curse) and threaten me I could hear him slurring his words. Mr. Stewart was sitting in a chair and I could see his body swaying back and forth. Once completing the proper paper work for booking I then transported Mr. Stewart to the Holmes County Jail. Once at the Jail Mr. Stewart was still cursing and calling me names as I took the cuffs off he stated toward me as if he was going to keep his promise and fight me. I pulled my tazer halfway out of the holster and ordered Mr. Stewart back. At that time he stopped walked back a couple steps then started toward me again in a threaten manner as I ordered his to stop the second time. The Jail then opened the door and I was able to exit the Jail. END OF REPORT

**STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET**

City of
Lexington

Judicial District: ☐ 1 ☐ 2

Agency Code  **2604**

№ **025401**

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH
DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE:

| Location of Violation | At/Near | Hwy |
|---|---|---|
| Avenue b | Fourth Street | |

| Day | Date | Time | Accident | District | Precinct |
|---|---|---|---|---|---|
| Thurs | 6/30/22 | 1103 ☐ AM ☐ PM | ☐ yes ☐ no | | |

| Defendant: (First Name, | Middle Name, | Last Name) |
|---|---|---|
| Malcom | | Stewart |

License Address
████████

| City, | State | Zip Code |
|---|---|---|
| Lexington | ms | 39095 |

| Driver's License Number | Class | State | Sex |
|---|---|---|---|
| ████████ | R | ms | M |

| Vehicle License Number | State | Year | Make | Model | Type |
|---|---|---|---|---|---|
| ████ | RA | 2004 | Mazda | | Psi |

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully
and unlawfully commit the offense of:

(Check Only One Offense Each Ticket)

| | SPEED | ZONE |
|---|---|---|
| | | |

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ Explanation: _____

- ☐ F02 Child Restraint Violation
- ☐ F04 Seatbelt Violation
- ☑ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag/No Tag
- ☐ B26 Driving While License Suspended
    (Under Implied Consent Law)
- ☐ N50 Improper Turn
- ☐ D36 No Proof of Liability Ins.
- ☐ Other Violation ( _____ )

- ☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
- ☐ Violation Pursuant To Commercial Driver's License Law.
- ☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____  Unit / Badge # PD8

Sworn to before me this the _____ day of _____, 20_____

_____
Clerk

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on
the ___11th___ day of ___August___, 20 __22__ At __9:00__ (AM/PM at:

Court's Physical Address: **112 SPRING STREET LEXINGTON, MS 39095**

Court's Mailing Address: **207 TCHULA STREET LEXINGTON, MS 39095**

Court's Telephone Number: **662-834-3951**

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT  Case _____  Page _____  Docket _____  7-09

Did Have Driver License

**Criminal Record**

STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

**City of Lexington**

Judicial District
Agency Code: **2604**

№ **025403**

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

Location of Violation: *Avenue B*   At/Near: *Forth Street*   Hwy

| Day | Date | Time | Accident | District | Precinct |
|-----|------|------|----------|----------|----------|
| *Thursday* | *6/30/22* | *1:03* ☐ AM ☑ PM | ☐ yes ☑ no | | |

Defendant: (First Name,   Middle Name,   Last Name)
*Malcom Stewart*

License Address: ████████████████

| City | State | Zip Code |
|------|-------|----------|
| *Lexington* | *m S* | *39095* |

Driver's License Number: ████████

| Class | State | Sex | Race | Model |
|-------|-------|-----|------|-------|
| *R* | *MS* | *M* | ████ | |

Vehicle License Number: ████████

| State | Year | Make | Model | Type |
|-------|------|------|-------|------|
| *VA* | *2004* | *mazda* | | *Pass* |

Defendant's Current Address:

Defendant's Current Telephone Number:

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

(Check Only One Offense Each Ticket)       SPEED       ZONE

☐ S92 Speeding
☐ M14 Disregard For Traffic Device
☐ N70 Driving Wrong Side Road
☐ B26 Driving While License Suspended
☐ M34 Following Too Closely
☐ M70 Improper Passing
☐ N01 Failure To Yield Right Of Way
☐ M84 Reckless Driving
☐ M81 Careless Driving
☑ Explanation: *Blocking Roadway*

☐ F02 Child Restraint Violation
☐ F04 Seatbelt Violation
☐ B51 No Drivers License (Expired)
☐ B55 No Motor Vehicle Inspection (Expired)
☐ B53 Expired Tag/No Tag
☐ B26 Driving While License Suspended
    (Under Implied Consent Law)
☐ N50 Improper Turn
☐ D36 No Proof of Liability Ins.
☐ Other Violation (_____)

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature: *[signature]*   Unit / Badge #: *PD8*

Sworn to before me this the _____ day of _____, 20____

Clerk _____

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the *11th* day of *August*, 20*22*, At *9:00* AM/PM at:

Court's Physical Address: **112 SPRING STREET LEXINGTON, MS 39095**
Court's Mailing Address: **207 TCHULA STREET LEXINGTON, MS 39095**
Court's Telephone Number: **662-834-3951**
NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT  Case _____ Page _____ Docket _____   7-09

**Criminal Record**

STATE OF MISSISSIPPI UNIFORM TRAFFIC TICKET

City of
Lexington

| | Judicial District: | □ 1 □ 2 | |
| --- | --- | --- | --- |
| Agency Code | **2604** | Nº | **025402** |

IN THE COURT DESIGNATED BELOW THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY AT THE FOLLOWING LOCATION, TIME AND DATE:

| Location of Violation | At/Near | Hwy |
| --- | --- | --- |
| Avenue 6 | Forth street | |

| Day | Date | Time | Accident | District | Precinct |
| --- | --- | --- | --- | --- | --- |
| thursday | 6/30/22 | 1103 □ AM ☑ PM | □ yes ☑ no | — | — |

| Defendant: ( First Name, | Middle Name, | Last Name) |
| --- | --- | --- |
| Malcom | Stewart | |

| License Address |
| --- |
| ▮▮▮▮▮▮▮ |

| City | State | Zip Code |
| --- | --- | --- |
| Lexington | MS | 39095 |

| Driver's License Number | Class | State | Sex | Race | Date of Birth |
| --- | --- | --- | --- | --- | --- |
| ▮▮▮▮▮▮▮ | R | MS | M | B1 | ▮▮▮ |

| Vehicle License Number, | State. | Year | Make | Model | Type |
| --- | --- | --- | --- | --- | --- |
| ▮▮▮ | LA | 2004 | Mazda | | Pass |

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

| (Check Only One Offense Each Ticket) | SPEED | ZONE |
| --- | --- | --- |

| | |
| --- | --- |
| □ S92 Speeding | □ F02 Child Restraint Violation |
| □ M14 Disregard For Traffic Device | □ F04 Seatbelt Violation |
| □ N70 Driving Wrong Side Road | □ B51 No Drivers License (Expired) |
| □ B26 Driving While License Suspended | □ B55 No Motor Vehicle Inspection (Expired) |
| □ M34 Following Too Closely | □ B53 Expired Tag/No Tag |
| □ M70 Improper Passing | □ B26 Driving While License Suspended |
| □ N01 Failure To Yield Right Of Way | (Under Implied Consent Law) |
| □ M84 Reckless Driving | □ N50 Improper Turn |
| □ M81 Careless Driving | □ D36 No Proof of Liability Ins. |
| □ Explanation: _____ | ☑ Other Violation (Swap TAG ) |

□ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
□ Violation Pursuant To Commercial Driver's License Law.
□ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

| Affiant / Officer's Signature | Unit / Badge # | PD8 |
| --- | --- | --- |

Sworn to before me this the _____ day of _____, 20_____.

_____ Clerk

You are hereby notified to appear before the court (Justice Municipal) to answer the charge on the 11TH day of August, 20 22. At 3:00 AM/PM at

Court's Physical Address: **112 SPRING STREET LEXINGTON, MS 39095**

Court's Mailing Address: **207 TCHULA STREET LEXINGTON, MS 39095**

Court's Telephone Number: **662-834-3951**

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

| ORIGINAL/AFFIDAVIT | Case _____ | Page _____ | Docket _____ | 7-09 |
| --- | --- | --- | --- | --- |

**Criminal Record**

| UNIFORM TRAFFIC TICKET | | DRIVING UNDER THE INFLUENCE |
|---|---|---|

AGENCY CODE **2604**    City of Lexington    № **000654**

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY THAT WITHIN THE COUNTY OF _____ HOLMES _____, STATE OF MISSISSIPPI, AT THE FOLLOWING LOCATION, TIME AND DATE:    JUDICIAL DISTRICT ☐ 1  ☐ 2

HWY / ST. *Avenue b*    DISTRICT

DAY *Thursday*    DATE *6/30/22*    TIME OF STOP *1103*  A.M. ☑    ACCIDENT? ☐ YES ☑ NO

NAME (FIRST NAME, MIDDLE NAME, LAST NAME) *Malcom Stewart*

LICENSE ADDRESS ▓▓▓▓▓▓

CITY *Lexington*    STATE *MS*    ZIP CODE *39095*

DR# ▓▓▓▓▓▓    CLASS *R*    STATE *MS*    SEX *m*    RACE *b/*    ▓▓▓▓▓

STATE *LA*    YEAR/VEH. *2004*    MAKE *maybo*    MODEL    VEHICLE TYPE *pass*

DEFENDANT'S CURRENT ADDRESS

DEFENDANT'S CURRENT TELEPHONE NUMBER

☑ Offense occurred within the city limits of *Lexington* Mississippi
☐ Violation pursuant to Commercial Driver's License Law. ☐ Required placard under Hazardous Materials Transportation Act

That the aforesaid person did, in violation of § 63-11-30(1) Mississippi Code of 1972, willfully and unlawfully drive or otherwise operate a motor vehicle within this state:

☑ (a)  Under the Influence of Intoxicating Liquor; or
☑ (b)  Under the Influence of any other substance which impaired such person's ability to operate a motor vehicle; or
☐ (c)  Under the Influence of any drug or controlled substance, the possession of which is unlawful under the Mississippi Controlled Substances Law; or
☐ (d)  Has an alcohol concentration in the person's blood, based upon grams of alcohol per 100ml of blood, or grams of alcohol per 200L of breath, as shown by a chemical analysis of the person's breath, blood or urine administered as authorized by this chapter, of:
  ☐ (I)  Eight one-hundredths percent (.08%) or more for a person who is above the legal age to purchase alcoholic beverages under state law, to wit ____%; or
  ☐ (II)  Two one-hundredths percent (.02%) or more for a person who is below the legal age to purchase alcoholic beverages under state law, to wit ____%; or
  ☐ (III)  Four one-hundredths percent (.04%) or more for a person operating a commercial motor vehicle, to wit ____%.

After such person has been convicted of _____ one prior offense or _____ two prior offenses under § 63-11-30 (1) on the _____ day of _____, 20 ____, in the _____ court of _____ county/city of _____ State of _____; on the _____ day of _____, 20 ____, in the _____ court of _____ county/city of _____, State of _____; and the offenses having been committed within five years.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

OFFICER'S SIGNATURE _____    UNIT / BADGE # *PD 8*

SWORN TO BEFORE ME, THIS THE _____ DAY OF _____, 20 ____ at _____ am/pm
                                                    (NAME AND TITLE)

ARRAIGNMENT DATE BEFORE:
☑ MUNICIPAL COURT ☐ JUSTICE COURT  ON THE *11th* DAY OF *August* 20 *22* at *9:00* am/pm
COURT'S PHYSICAL ADDRESS **112 SPRING STREET LEXINGTON, MS 39095**
COURT'S MAILING ADDRESS **207 TCHULA STREET LEXINGTON, MS 39095**
COURT'S TELEPHONE NUMER (____) **662-834-3951**

CASE # _____    PAGE # _____    DOCKET # _____

OFFENSE:   FIRST ☑    SECOND ☐    THIRD OR SUBSEQUENT ☐

ORIGINAL/AFFIDAVIT - THIS COPY MUST BE FILED WITH THE COURT OR COURT CLERK

THE DEFENDANT CHARGED HEREIN:
_____ WAIVED defendant's right to an attorney after having been advised by the trial judge of the defendant's right to an attorney, and, if the defendant could not afford an attorney that one would be appointed free of charge to represent the defendant; or _____ WAS REPRESENTED (EMPLOYED OR APPOINTED) by an attorney whose name, address and telephone number is:
Name _____    Phone (____) _____
Address _____

_____ SIGNATURE OF JUDGE _____

**ORIGINAL / AFFIDAVIT**    Rev. 7-14

Date 06-30-2022    Time 23:03

A-241-22

**AFFIDAVIT**

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# ~~C-26050-22~~ 69984
Page# 55
Docket# 21

Before me, the undersigned, Municipal Court Clerk of the City of Lexington              , Mississippi , Officer James Shiers    makes affidavit on information and belief that            Malcom Stewart              on or about the   30th   day of       June       ,  2022  , in the   City    of      Lexington    , Mississippi  , County aforesaid, did willfully and unlawfully resist and odstruct by pulling away    his lawful arrest by James Shiers, a local law enforcement   officer.

[97-9-73]

against the peace and dignity of the state of Mississippi and / or said City   .

Sworn to and subscribed before me this the    30    day of   June    , 2022 .

Municipal Judge / Court Clerk

*A-240-22*

**AFFIDAVIT**

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# ~~C-20050-22~~ *69985*
Page# *55*
Docket# *21*

Before me, the undersigned, Municipal Court Clerk of the City of Lexington _____, Mississippi , _Officer James Shiers_ makes affidavit on information and belief that _____ _Malcom Stewart_ _____ on or about the __30th__ day of _____June_____ , _2022_ , in the  City  of _Lexington_ , Mississippi  , County aforesaid, did willfully and unlawfully, with intent to provoke a breach of peace refuse to comply with the command of James Shiers a law enforcement officer who had the authority to then and there arrest any person for a violation of the law, to remove the vehicle from blocking the road and then remove himself from the vehicle at Avenue B Lexington Mississippi. _____

_____

_____[97-35-7(1)]_____

_____

_____

against the peace and dignity of the state of Mississippi and / or said  City  .

_signature_ PD8

Sworn to and subscribed before me this the ___30___ day of ___June___ , _2022_ .

_Derrick Hodges_
Municipal Judge / Court Clerk

*A-242-22*

**AFFIDAVIT**

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case#    ~~G-26050-22~~ 69 983
Page#    85
Docket#   87

 

Before me, the undersigned, Municipal Court Clerk of the City of Lexington      , Mississippi , __Officer James Shiers__ makes affidavit on information and belief that _____ __Malcom Stewart__      on or about the __30th__ day of _____June_____ , __2022__ , in the City of ____Lexington____ , Mississippi , County aforesaid, did _purposely, knowingly and feloniously attempt to cause_ _bodily injury to James Shiers a police officer while acting_ _within the scope of his duty, threatening to beat him then_ _acting on it at the Holmes county Jail._

 

        __[97-3-7(1)(b)]__

 

against the peace and dignity of the state of Mississippi and / or said City .

Sworn to and subscribed before me this the __30__ day of __June__ , __2022__ .

Municipal Judge / Court Clerk

*A-243-22*

**AFFIDAVIT**

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# ~~C-26050-22~~ *69986*
Page# *56*
Docket# *27*

Before me, the undersigned, Municipal Court Clerk of the City of Lexington , Mississippi , __Officer James Shiers__ makes affidavit on information and belief that __Malcom Stewart__ on or about the __30th__ day of __June__ , __2022__ , in the  City  of __Lexington__ , Mississippi , County aforesaid, did
did willfully, intentionally, unlawfully and feloniously
possess of stolen property, to wit:) 2017 Mazda vehicle
knowing or having reasonable grounds to believe same to
have been stolen wherein such property has a value of
$25,000.00

[97-17-70]

against the peace and dignity of the state of Mississippi and / or said  City  .

*PD8*

Sworn to and subscribed before me this the __30__ day of __June__ , __2022__.

Municipal Judge / Court Clerk

# LEXINGTON POLICE DEPARTMENT
## STATEMENT OF CHARGE (S)

TO:  WARDEN, HHRCF

NAME: _Malcolm Stewart_

ADDRESS: ████████████████████

CITY: _Lexington_  STATE: _MS_  ZIP: _39095_

SSN: _____  D.O.B.: ████████████

HT: _____  WT: _____  EYES: _____  HAIR _____

CHARGE (S): _(1) Obstructing Traffic, (2) Fail To Comply, (3) Resisting Arrest, (4) DUI 1st (5) Assault by Threatening Leo, (6) Possession of Stolen Property, (7) Switched Tag_

BOND AMOUNT: $ _100,000_

   The above named defendant is being brought to HHRCF on the charge (s) mentioned above.  You are requested to incarcerate said defendant until he/she shall either post the required bond set forth above, or until properly given his liberty by the municipal court of the below listed municipality.

   This defendant is being brought to your jail for incarceration by the Lexington Police Department for _Criminal Charges_.

This _2nd_ day of _July_, 20 _22_

_Charles Henderson_            _Chl. Etk_
OFFICER                              OFFICER

IN THE MUNICIPAL COURT OF _LEXINGTON_____, MISSISSIPPI

CITY OF _LEXINGTON_____, MISSISSIPPI versus
DEFENDANT: _Malcolm Stewart_____.

Case # _____. Docket # _____. Page # _____.

PRELIMINARY HEARING ORDER

WHEREAS this Court having conducted, pursuant to Rule 6.2 of the Mississippi Rules of Criminal
Procedures, a preliminary hearing on the DEFENDANT in the above-styled case, the charge being a
FELONY, to wit: (Specify the charge) _Possession of Stolen Motor Vehicle and_____,
and: (Check one)  _Felony Threatening a Police Officer_

[X]    The DEFENDANT being represented by counsel.  _The defendant waived his_
_preliminary Hearing by and through his attorney._

☐    The DEFENDANT knowingly and voluntarily waiving the right to an attorney at the hearing,
and instead choosing to conduct his/her own defense, as evidenced by the sworn, written waiver
on file with this Court.

and, the DEFENDANT being afforded the right to subpoena witnesses and cross-examine adverse
witnesses testifying at the hearing, this Court finds from the evidence presented: (Check one)

☐    That there is PROBABLE CAUSE to believe that a FELONY has been committed and that the
DEFENDANT committed it, as follows: (Specify) _____.

☐    That there is NOT PROBABLE CAUSE to believe that a FELONY has been committed or that the
DEFENDANT committed it, as follows: (Specify) _____.

THEREFORE, IT IS HEREBY ORDERED:

☐    The DEFENDANT is to be bound over to await the action of the Grand Jury of _Holmes_____
County, which convenes at the regular term of the _Holmes____ County Circuit Court, on
the above specified charge. IT IS FURTHER ORDERED:

    [X]    The terms of the DEFENDANT'S release shall remain unchanged.
    ☐    The terms of the DEFENDANT'S release shall be modified, as follows: (Specify)
    _____.

☐    The DEFENDANT is to be discharged from custody. THE DISCHARGE OF THE DEFENDANT
UNDER THIS ORDER DOES NOT PRECLUDE THE DISTRICT ATTORNEY FROM
PRESENTING THE SAME OFFENSE TO A GRAND JURY.

ORDERED AND ADJUDGED this the _6th_ day of _July_, 20_22_. _____

                                              MUNICIPAL COURT JUDGE

# <u>Arrest Report</u>

Lexington Police Department

## ARREST REPORT

Case # _____

| NARRATIVE |
|---|
| **(INCLUDE IF PHOTOS WERE TAKEN, FINGERPRINTS AND EVIDENCE IF ANY SECURED AT LOCATION AND ANY OTHER INFORMATION VITAL TO REPORT)** |

On 04/09/2022 Malcom Stewart arrived at the station screaming and yelling at Officers. I Lt. Epps advised Malcom Stewart to stop. He continued to scream and yell very loudly. I told the subject to stop multiple times. After Stewart being non compliant I Lt. Epps advised Stewart he was under arrest. He was placed in cuffs and transported to the HHCF. The entire time we were in bookin Stewart continued to scream and yell at Officers. End of report

## ADDITIONAL SHEET ATACHED  YES ☐  NO ☐

OFFICER'S SIGNATURE

SUPERVISOR APPOVAL DATE: _____    SUPERVISOR DISAPPROVAL DATE: _____

BY: _____                                      PAGE # 2

# Criminal Record



Paid Prior to Court   CLEAR

| Case 132935 | Warrant Issued NO | Year 2022 | Ticket or Aff. # old fines | Evidence Logged In |
|---|---|---|---|---|

| Last | Stewart | First | Malcom | Mi. | | Suffix | |
|---|---|---|---|---|---|---|---|

| Address | | City | Lexington | State | MS | Zip | 39095 |
|---|---|---|---|---|---|---|---|

Phone

| D.O.B. | | Age | 53 | Height | | Weight | |
|---|---|---|---|---|---|---|---|

Race **B**  Sex **M**

**Scars or Marks**

**Alias**

| DL# | | SSN# | |
|---|---|---|---|

DL State MS  DL Class NA  DL Status No D/L

## Do Not Make Changes to Violation on This Screen.

**Violation**  Date 04-09-2022  **Time**

**Hwy or Street** 207 Tchula St  **Speed** -  **Speed Limit** -  **Accident**

**Court Date** 05-05-2022  **Blood Alcohol Content**  **Shoplift/DUI Form**

**Companion Cases**  **Offense**  **Offense Code**

### Fine & Assessments

| Total Assessments | $35.00 | Fine Plus Assessments | $35.00 | Account Balance | $0.00 |
|---|---|---|---|---|---|

| **Fine Amount** | This Is A List Of The Local Assessments You Have Asigned. |
|---|---|
| Select The State Assessments For This Violation | Check The Box Below If You Want These Assessments Added To This Account |
| State Assessment Codes | Add Local Assessments ☒ |

| | | |
|---|---|---|
| | HC- Crime Stoppers | 0.00 |
| | Technology Fee | 0.00 |
| | UMI 1st | 0.00 |
| | Non-Adj | |
| | Processing Fee | 35.00 |
| **State Assessment Total** | **Local Assessment Total** | **$35.00** |

### Officer information

| Pd# | 3 | Bdg# | 3 | Officer | Cordarius Epps |
|---|---|---|---|---|---|

| Same as Officer | If other than the Officer | Dispatcher |
|---|---|---|
| **Charges Filed by** | Cordarius Epps | Thompson |

# Criminal Record



Paid Prior to Court    CLEAR

| Case 132934 | Warrant Issued NO | | Year 2022 | Ticket or Aff. # 024961 | Evidence Logged In |
|---|---|---|---|---|---|

| Last STEWART | First MALCOLM | | MI. | Suffix |
|---|---|---|---|---|

| Address | City LEXINGTON | State MS | Zip 39095 |
|---|---|---|---|

**Phone**

| D.O.B. | Age 53 | Height | Weight |
|---|---|---|---|

| | Race B | Sex M |
|---|---|---|

**Scars or Marks**

**Alias**

| DL# | SSN# |
|---|---|

| DL State MS | DL Class NA | DL Status No D/L |
|---|---|---|

## Do Not Make Changes to Violation on This Screen.

| Violation EXPIRED / NO DRIVER LIC | | Date 04-09-2022 | Time |
|---|---|---|---|
| Hwy or Street 207 TCHULA ST | Speed - | Speed Limit - | Accident |
| Court Date 05-05-2022 | Blood Alcohol Content | | Shoplift/DUI Form |
| Companion Cases | Offense M  Traffic (Moving Violation) | | Offense Code M |

### Fine & Assessments

| Total Assessments $93.00 | Fine Plus Assessments $343.00 | Account Balance $0.00 |
|---|---|---|

| **Fine Amount**  $250.00 | | This Is A List Of The Local Assessments You Have Asigned. |
|---|---|---|
| **Select The State Assessments For This Violation State Assessment Codes** | | **Check The Box Below If You Want These Assessments Added To This Account** |
| Traffic Violation | TV | 90.50 | **Add Local Assessments** ☒ |
| Court Constituents | CC | 0.50 | HC- Crime Stoppers | 2.00 |
| | | | Technology  Fee | 0.00 |
| | | | UMI  1st | 0.00 |
| | | | Non-Adj | |
| | | | Processing Fee | |
| **State Assessment Total** | | 91.00 | **Local Assessment Total** | $2.00 |

### Officer information

| Pd# 3 | Bdg# 3 | Officer Cordarius Epps |
|---|---|---|

| Same as Officer | If other than the Officer | Dispatcher |
|---|---|---|
| Charges Filed by Cordarius Epps | | MILLER |

# Criminal Record



Paid Prior to Court    CLEAR

| Case 132933 | Warrant Issued NO | | Year 2022 | Ticket or Aff. # A-121-22 | Evidence Logged In |
|---|---|---|---|---|---|

| Last STEWART | First MALCOLM | Mi. | Suffix |
|---|---|---|---|

| Address | | City LEXINGTON | State MS | Zip 39095 |
|---|---|---|---|---|

Phone

| D.O.B. | Age | Height | Weight |
|---|---|---|---|

Race B    Sex M

Scars or Marks

Alias

DL#    SSN#

DL State    DL Class    DL Status

## Do Not Make Changes to Violation on This Screen.

| Violation Disturb the Peace | | Date 04-09-2022 | Time |
|---|---|---|---|

| Hwy or Street | Speed - | Speed Limit - | Accident |
|---|---|---|---|

| Court Date 05-05-2022 | Blood Alcohol Content | Shoplift/DUI Form |
|---|---|---|

| Companion Cases | Offense A  Misdemeanor Assault | Offense Code A |
|---|---|---|

### Fine & Assessments

| Total Assessments $124.25 | Fine Plus Assessments $624.25 | Account Balance $0.00 |
|---|---|---|

| Fine Amount $500.00 | This Is A List Of The Local Assessments You Have Asigned. |
|---|---|

**Select The State Assessments For This Violation**

**State Assessment Codes**

**Check The Box Below If You Want These Assessments Added To This Account**

| Other Misdemeanor | OM | 121.75 |
|---|---|---|
| Court Constituents | CC | 0.50 |
| | | |
| | | |
| | | |

Add Local Assessments ☒

| HC- Crime Stoppers | 2.00 |
|---|---|
| Technology  Fee | 0.00 |
| UMI 1st | 0.00 |
| Non-Adj | |
| Processing Fee | |

| State Assessment Total | 122.25 | Local Assessment Total | $2.00 |
|---|---|---|---|

### Officer information

| Pd# 3 | Bdg# 3 | Officer Cordarius Epps |
|---|---|---|

| Same as Officer | If other than the Officer |
|---|---|
| Charges Filed by Cordarius Epps | |

Dispatcher MILLER

# Criminal Record



| Case 132932 | Warrant Issued NO | Year 2022 | Ticket or Aff. # A-122-22 | Evidence Logged In |
|---|---|---|---|---|

| Last STEWART | First MALCOLM | MI. | Suffix |
|---|---|---|---|

| Address | City LEXINGTON | State | Zip |
|---|---|---|---|

Phone

| D.O.B. | Age | Height | Weight |
|---|---|---|---|

Race ☐    Sex ☐

Scars or Marks

Alias

| DL# | SSN# |
|---|---|

| DL State | DL Class ☐ | DL Status No D/L |
|---|---|---|

### Do Not Make Changes to Violation on This Screen.

| Violation Disorderly conduct | Date 04-09-2022 | Time |
|---|---|---|

| Hwy or Street | Speed - | Speed Limit - | Accident ☐ |
|---|---|---|---|

| Court Date 05-05-2022 | Blood Alcohol Content | Shoplift/DUI Form ☐ |
|---|---|---|

| Companion Cases | Offense A  Misdemeanor Assault | Offense Code A |
|---|---|---|

### Fine & Assessments

| Total Assessments $159.25 | Fine Plus Assessments $659.25 | Account Balance $0.00 |
|---|---|---|

| Fine Amount $500.00 | This Is A List Of The Local Assessments You Have Asigned. |
|---|---|

**Select The State Assessments For This Violation**
**State Assessment Codes**

**Check The Box Below If You Want These Assessments Added To This Account**

| State Assessment | Code | Amount | | Local Assessment | Amount |
|---|---|---|---|---|---|
| Other Misdemeanor | OM | 121.75 | **Add Local Assessments** ☒ | | |
| Court Constituents | CC | 0.50 | HC- Crime Stoppers | 2.00 |
| | | | Technology  Fee | 0.00 |
| | | | UMI 1st | 0.00 |
| | | | Non-Adj | |
| | | | Processing Fee | 35.00 |
| **State Assessment Total** | | 122.25 | **Local Assessment Total** | $37.00 |

### Officer information

| Pd# 3 | Bdg# 3 | Officer Cordarius Epps |
|---|---|---|

| Same as Officer | If other than the Officer | Dispatcher MILLER |
|---|---|---|
| Charges Filed by | Cordarius Epps | |