# Arrest Report

Lexington Police Department

## ARREST REPORT

Case # _____

**NARRATIVE**
(INCLUDE IF PHOTOS WERE TAKEN, FINGERPRINTS AND EVIDENCE IF ANY SECURED AT LOCATION AND ANY OTHER INFORMATION VITAL TO REPORT)

On June 3, 2022 I Officer Shiers was at the Police Department booking a female on bench warrants. As I started transporting her out of the Police Department I notice that there were several people in the parking area and had my patrol car block in. I asked if them to move the cars and Eric Redmond started cursing saying this is fucking bullshit. At that time I realized that he was there trying to bond the female I was transporting out of Jail. I then placed the female into the rear seat of my patrol car and was shutyting the door when Mr. Redmond stated that he wasn't going any where. I ordered Mr. Redmond mulitipal times to leave the parking lot because he was causing a disturbance. Mr. Redmond refused and continued to curse. I then told Mr. Redmond he was under arrest and to place his hands behind his back. Mr. Redmond began to pull away from me then started locking his arms in attempt to keep me from getting cuffs on him. Officer Scott and Chief Dobbins then assisted me in getting cuffs on Mr. Redmond. Mr. Redmond was then placed in Officer Scott's patrol car and transported to the Holmes County Jail. End Of Report

ADDITIONAL SHEET ATACHED   YES [ ]   NO [ ]

**OFFICER'S SIGNATURE**

**SUPERVISOR APPOVAL DATE:**          **SUPERVISOR DISAPPROVAL DATE:**

BY:                                                                                                    PAGE # 2

Exhibit "K"

A-199-22

*Put in Docket*

# AFFIDAVIT

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# _____
Page# _____
Docket# _____

    Before me, the undersigned, Municipal Court Clerk of the City of Lexington          , Mississippi , __Officer James Shiers__ makes affidavit on information and belief that _____Eric Redmond_____ on or about the __3rd__ day of __June__ , __2022__ , in the City of __Lexington__ , Mississippi , County aforesaid, did __willfully and unlawfully, resist by pulling away and refusing__ __to place his hands behind his back his lawful arrest by__ __James Shiers, a local law enforcement officer.__

_____

_____

_____[97-9-73]_____

_____

_____

_____

against the peace and dignity of the state of Mississippi and / or said City .

_[signature] PD9_

Sworn to and subscribed before me this the __03__ day of __June__ , __2022__.

_[signature] Patrick Hodges_
Municipal Judge / Court Clerk

Aug. 25th
Cont. to Sep. 22nd

A-198-22

**AFFIDAVIT**

**STATE OF MISSISSIPPI**

**HOLMES COUNTY**

Case# 10132
Page# 85
Docket# 27

Before me, the undersigned, Municipal Court Clerk of the City of Lexington, Mississippi, Officer James Shiers makes affidavit on information and belief that Eric Redmond on or about the 3rd day of June, 2022, in the City of Lexington, Mississippi, County aforesaid, did willfully and unlawfully, with intent to provoke a breach of peace, refuse to comply with the command of James Shiers a law enforcement officer who had the authority to then and there arrest any person for a violation of the law, to leave the parking lot at the police department

[97-35-7(1)]

against the peace and dignity of the state of Mississippi and / or said City.

Sworn to and subscribed before me this the 03 day of June, 2022.

Municipal Judge / Court Clerk

# LEXINGTON POLICE DEPARTMENT
## STATEMENT OF CHARGE (S)

TO: WARDEN, HHRCF

NAME: ERIC REDMOND

ADDRESS: 244 Kickernick / ELM ST.

CITY: LEXINGTON   STATE: MS   ZIP: 39095

SSN: ███████   D.O.B.: ███████

HT: 6'4   WT: 250   EYES: Bro   HAIR: BLK

CHARGE (S): Disorderly Conduct Fail to Comply Resisting Arrest

BOND AMOUNT: $ 1,283.50

The above named defendant is being brought to HHRCF on the charge (s) mentioned above. You are requested to incarcerate said defendant until he/she shall either post the required bond set forth above, or until properly given his liberty by the municipal court of the below listed municipality.

This defendant is being brought to your jail for incarceration by the Lexington Police Department for _____

This _____ day of _____, 20 _____

_____ PD9
OFFICER                                    OFFICER

8:10 AM

## AUTHORIZATION OF RELEASE FROM HHRCF

TO: HHRCF

FROM: Lexington PD

DATE: 06-04-22

The Lexington Police Department on the above date give authorization for release of the following subject held/ incarcerated in your facility by our department.

NAME: Eric Redmond

S/S #: [redacted]

DOB: [redacted]

ADDRESS: [redacted]

CHARGE(S): Disorderly Conduct, Failure to Comply

### EXPLANATION OF RELEASE

Bonded on charges, Can be released.

1