IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROBERT HARRIS, ET AL.**                                    **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO.: 3:22-CV-00479-TSL-MTP**

**SAM DOBBINS, ET AL.**                                      **DEFENDANTS**

---

### AFFIDAVIT OF WALTER PITCHFORD

---

STATE OF MISSISSIPPI

COUNTY OF HOLMES

Before the undersigned individual, being duly authorized to administer oaths in the State of Mississippi, came WALTER PITCHFORD, who deposes and says under oath as follows:

1. I am currently an Alderman for the Town of Lexington. I also work at a funeral home in Lexington.

2. I am aware of allegations that have been made in connection with this lawsuit that I was terminated from my job at the funeral home because I voted to terminate former-Chief Sam Dobbins. This allegation is false.

3. I have worked at the funeral home for over 60 years, continue to work there, and consider my relationship with the funeral home to be as close as family.

4. I also was not threatened by any white citizens or told, "N****r, we told you how to vote."

5. My work at the funeral home has no effect on how I vote in my position as Alderman.

6. Further, affiant says not.

Executed this __6__ day of September, 2022.

Exhibit "L"

_____
WALTER PITCHFORD

SWORN TO AND SUBSCRIBED BEFORE ME, this 6th day of September, 2022.

_____
NOTARY PUBLIC

My Commission Expires: Aug. 20, 2026

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 125115 APRIL PREVOST Commission Expires Aug. 20, 2026 HOLMES COUNTY]