# AFFIDAVIT OF ADAM DANIEL KOEHLER

**State of Mississippi**
**County of Bolivar**

**Personally, came and appeared before me, the undersigned Notary, the within named ADAM DANIEL KOEHLER who is a resident of Bolivar County, State of Mississippi, and makes this statement and Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his knowledge:**

1. My name is Adam Daniel Koehler. I reside at 400 South Bolivar Ave Cleveland, MS 38732.

2. My date of birth is October 8, 1990.

3. I have worked at Carr Law Firm, PLLC as the Law Clerk since October 1, 2017.

4. On Thursday, July 21, 2022, I was instructed by Suzy Jones, Office Manager to begin following up with Lexington Court Clerk regarding discovery for our clients, Eric Redmond and Antonio Gibson.

5. On Thursday, July 21, 2022, I attempted to fax the Clerk's a letter of representation and request for discovery and the Lexington fax machine was unreachable. I called and verified the fax number, but the fax would not go through.

6. On Friday, July 22, 2022, I faxed the letter of representation and request for discovery and called the Clerk to make sure they received it. They did and stated they would fax discovery back to us.

7. On Wednesday, August 3, 2022, I followed up because we had not received the fax they indicated from July 22, 2022. They stated they lost our letter. We faxed the original letter again.

8. On Wednesday, August 10, 2022, I followed up yet again as we had still not received the discovery. I was asked yet again to resend the original letter. I faxed it again.

9. I called and made sure they received the letter, they said they had just sent the discovery by email.

10. I called them back on August 10, 2022, a couple of hours later because I still had not received discovery via email or fax.

11. On Wednesday, August 10, 2022, the city clerk called back and said we would have discovery by the end of the day.

12. I called back Wednesday, August 10, 2022, at 4:45 p.m. and was informed that it would be the next morning before it could be sent. I was pretty aggressively informed we did not really need it for Court as it was just a docket call.

13. I informed Brittany Dean, one of our attorneys, that they would not release the information to me, and it would "be best" if she asked for it on Thursday, August 11, 2022, while she was in court in Lexington for trial. Discovery was not received on that day.

14. I called the clerk on August 23, 2022, to ask for discovery yet again and was advised that they had attempted to fax it that morning but it did not go through, however they would try again. I confirmed the fax machine at CLF worked.

15. I called the clerk when I still did not receive a fax and verified my email. Partial discovery was finally emailed to CLF.

Dated this 9th day of August 2022.

*ADAM DANIEL KOEHLER*
ADAM DANIEL KOEHLER

Sworn and subscribed before me this 9th day of September, 2022

*Beth S. Peeples*
Notary Public

My Commission Expires:

5-7-2026