# AFFIDAVIT OF BRITTANY HERRIN DEAN

**State of Mississippi**
**County of Bolivar**

Personally, came and appeared before me, the undersigned Notary, the within named **BRITTANY HERRIN DEAN** who is a resident of Bolivar County, State of Mississippi, and makes this statement and Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his knowledge:

1. My name is Brittany Herrin Dean. I reside at 1201 Deering Street Cleveland, MS 38732.

2. I am an attorney at Carr Law Firm, PLLC (CLF) and I have worked there since July of 2021. I became licensed to practice law in the State of Mississippi September 27, 2018.

3. My date of birth is February 9, 1993.

4. On Thursday, August 11, 2022, I drove to Lexington to attend a hearing in municipal court for Eric Redmond and Antonio Gibson.

5. During that hearing I requested Eric Redmond's file and charges as they had not been provided to CLF before arriving at Court, despite multiple requests.

6. The clerk informed me she did not have the file with her, and it would have to wait.

7. I provided my card with all my information to the clerk and the Judge.

Dated this 9th day of September, 2022.

*/s/ Brittany Herrin Dean*
BRITTANY HERRIN DEAN

Sworn and subscribed before me this 9th day of September, 2022

*/s/ Beth S. Peeples*
Notary Public

My Commission Expires:
5-7-2026

[Notary Seal: STATE OF MISSISSIPPI, BETH S. PEEPLES, ID# 001958, NOTARY PUBLIC, Comm. Expires May 7, 2026, BOLIVAR COUNTY]