

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROBERT HARRIS, ET AL                                                    PLAINTIFFS

VS.                                   CIVIL ACTION NO.: 3:22CV00479-TSL-MTP

SAM DOBBINS, IN HIS INDIVIDUAL CAPACITY, ET AL       DEFENDANTS

## EXHIBIT LIST TO MOTION
## HEARING HELD 9-9-2022

| NUMBER | (DESCRIPTION) | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| P4 | Facebook Post | Peter Reeves | | 9-9-22 |
| DN | Video Recording | Darious Harris | | 9-9-22 |
| P7 | Video Recording | Darious Harris | | 9-9-22 |
| DE | Video Recording | Darious Harris | | 9-9-22 |

(DE was previously made a part of the record – See Docket #31-Defendants relied on the record and a duplicate video was not submitted in this hearing.)

**Videos shall be held in the clerk's office.**