



**Shuntae Tillman**
August 26 at 8:21 PM · 🌐

# Roadblocks on 12 and pass the light Lexington ms

14 Shares

Like   Comment   Share

Write a comment...



P4

https://www.facebook.com/TillmanFamily.4L/posts/pfbid02FkSygkueFNQFGosbfJsuTt1c2dwuox8cVzurWMZQe9bUkEHrBSfotxmEsxbLF42wl    1/1

EXHIBIT NO. P4
CAUSE NO. 3:22cv479 TSL-MTP
WITNESS Peter Reeves
CLERK NVAE LEWIS

SEP - 9 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_Chris Bond_, REPORTER