

EXHIBIT NO. P7
CAUSE NO. 3:22cv 479.TSL-MTP
WITNESS Darious Harris
CLERK: NIJAH LEWIS

SEP - 9 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MIS.

Cherie Bond, REPORTER