

EXHIBIT NO. D-N
CAUSE NO. 3:22cv 479 TSL-MTP
WITNESS Darious Harris
CLERK: NIJAH LEWIS

SEP - 9 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Cherie Bond, REPORTER