## AFFIDAVIT OF SUE ELIZABETH JONES

**State of Mississippi**
**County of Bolivar**

Personally, came and appeared before me, the undersigned Notary, the within named **SUE ELIZABETH JONES** who is a resident of Bolivar County, State of Mississippi, and makes this statement and Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his knowledge:

1. My name is Sue Elizabeth Jones. I reside at 210 North Bolivar Ave Cleveland, MS 38732.

2. My date of birth is January 10, 1973

3. I have been working as the Office Manager at Carr Law Firm, PLLC since June 1, 2017.

4. On Thursday July 21, 2022, I began calling the Municipal Clerk of Lexington, MS to request discovery for our clients, Eric Redmond and Antonio Gibson. They informed me I would need to speak with Ms. Dixon, the head clerk.

5. On Thursday, July 21, 2022, I instructed our Law Clerk, Adam Koehler to follow up with Lexington Municipal Clerk.

6. On Friday, August 26, 2022, I finally received partial discovery (missing body cam footage) for Eric Redmond via email from the Lexington Municipal Clerk.

7. Our attorney, Michael Carr, followed up with a request for the body cam footage.

8. We still have not received that footage.

Dated this 9th day of August 2022.

_____
SUE ELIZABETH JONES

Sworn and subscribed before me this 9th day of September, 2022

1

_____
Notary Public

My Commission Expires:

5-7-2024