# BARRETT LAW GROUP, P.A.

Don Barrett
dbarrett@barrettlawgroup.com

Richard Barrett
rrb@rrblawfirm.net

David McMullan
dmcmullan@barrettlawgroup.com

Ben White
bw@barrettlawgroup.com

Post Office Box 927 ~ 404 Court Square
Lexington, Mississippi 39095
Phone: (662) 834-2488 ~ Fax: (662) 834-2628
barrettlawgroup.com

Katherine Barrett Riley
kbriley@barrettlawgroup.com

Sterling Aldridge
saldridge@barrettlawgroup.com

Brandi Hamilton
bhamilton@barrettlawgroup.com

March 25, 2022

*Sent via U.S. Postal Service*
Joshua F. Tom
Legal Director
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225

Re:   City of Lexington Public Records Request

Dear Mr. Tom:

Thank you for your records request.

Mississippi's public records law allows public entities to charge fees at the hourly salary of the lowest paid employee tending to the searching, reviewing and reproducing the public records request. Since this request will involve not only search, review and reproduction but data formatting to create a report, the average hourly salary of the employees that will have to put this together is $10/hr. It will take at least 25 hours to retrieve the data, format it in a manner that would be responsive and then run the reports. Consequently, the search fee will be an estimated $250 in advance. Under these circumstances, we cannot waive this fee for non-commercial and academic purposes.

We can provide the following information:

1. All policies, procedures, orders, directives or similar records regarding checkpoints or roadblocks;

RESPONSE:   Can be provided.

2. All citations given at a roadblock or checkpoint since July 2021;

RESPONSE:   Can be provided.

3. All arrest and/or incident reports occurring at a roadblock or checkpoint since July 2021;

RESPONSE:   Can be provided.

4. All records regarding the location of any roadblocks or checkpoints held since

Mr. Joshua F. Tom
March 25, 2022
Page 2

July 2021;

RESPONSE:  Location is included on the citations.

5. All records regarding the reasoning behind the locations chosen for any roadblock or checkpoint established since July 2021;

RESPONSE:  No such records exist.

6. All communications regarding checkpoints since July 2021;

RESPONSE:  No such records exist.

7. All records regarding training for roadblocks or checkpoints;

RESPONSE:  No specific written training is provided except the police manual.

8. All complaints or similar records filed against the Lexington Police Department since July 2021;

RESPONSE:  Can be provided.

9. All use of force reports or similar records since July 2021;

RESPONSE:  No such records exist.

10. All policies, procedures, orders, directives or similar records regarding when to tow a vehicle after a traffic stop or stop at a checkpoint or roadblock; and

RESPONSE:  The city does follows state law and does not have a separate policy regarding the towing of vehicles at checkpoints.

11. All notices, flyers, press releases or similar records regarding roadblocks or checkpoints since July 2021.

RESPONSE:  No such records exist.

Please advise how you wish us to proceed.  I can have the documents produced within seven days.

Best regards,

*Katherine B. Riley*

Katherine B. Riley
Attorney for City of Lexington