MAR 25 2022
By BP 9:26 am
3/25/2022

To whom it may Concern

I Shenell Denise Hodges was Arrested at my Job Churches Chicken on Feburary 19, 2022 for a warrant that was suppose to be drop but they still came and arrested me. The warrant was in 2019 - 1998. So when I went to court on march 10, 2022 the Juage couldn't find paper or Doucoment From the to now So I would like my money back $883.83 please.

But the cases was Thrown out and I didn't get my money back. So please give it back.

Thank you
ms. Shenell Denise Hodges

**RECEIPT**  DATE 2-19-2022  NO. 252289

RECEIVED FROM Shenell Hodges

ADDRESS

FOR Processing Fee  $ 35.00

| ACCOUNT | | HOW PAID | | |
|---|---|---|---|---|
| AMT. OF ACCOUNT | 35.00 | CASH | ✓ | |
| AMT. PAID | 35 | CHECK | | |
| BALANCE DUE | 0 | MONEY ORDER | | |

BY Allen Miller

---

**RECEIPT**  DATE 2-19-2022  NO. 252291

RECEIVED FROM Shenell Hodges

ADDRESS Court Date 3-10-2022  $ 224.25

FOR

| ACCOUNT | | HOW PAID | | |
|---|---|---|---|---|
| AMT. OF ACCOUNT | 224.25 | CASH | ✓ | |
| AMT. PAID | 224.25 | CHECK | | |
| BALANCE DUE | 0 | MONEY ORDER | | |

BY Allen Miller

---

**RECEIPT**  DATE 2-19-2022  NO. 252290

RECEIVED FROM Shenell Hodges

ADDRESS

FOR Court Date 3-10-22  $ 624.25

| ACCOUNT | | HOW PAID | | |
|---|---|---|---|---|
| AMT. OF ACCOUNT | 624.25 | CASH | ✓ | |
| AMT. PAID | 624.25 | CHECK | | |
| BALANCE DUE | 0 | MONEY ORDER | | |

BY Allen Miller



Lexington Police Department

Public Complaint Form

Date Complaint filed: June 25, 2021   Public Official's name: Mr. Dobbins

Complainant's name: Erica Bullock

Address: 415 E. 5th St Lexington, Ms, 39095

Phone: Home: _____ Cell: 901-834-1841

By filing this report, I understand that, I, Erica Bullock and Mr. Dobbins _____ may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

June 24, 2021 Around 7:30 I was on my scooter (moped) driving around Amigo's parking lot as I was driving the police officer came up out of no where, park beside me and let his window down. His exact words when he let the window down was " Hey I don't need to see you on this damn scooter no more now take it home." My respond was "Okay." As I was on the way home, it was a car speeding so fast that I could hear the motor opening up in full speed, so I glanced in my mirror it was officer's Dobbins following behind me trying to run me off the road; well done ran me off the road, I was in fear for my that ran into the garbage con behind subway and hit my right knee all because the officer was driving full speed and wasn't trying to stop; he didn't have no light or siren until after the fact that I hit the garbage, I took off and went the wrong way trying to get away; But I didn't because the officer was still following me and ran me into the fence behind Thurmond's. This not the first time officers Dobbins been picking !!

Complainant's Signature: Erica Bullock   Chief of Police: _____

January 29, 2021

To: John Newton, Chief of The Lexington Police Department
207 Tchula Street
Lexington, MS 3905

RE.: **Complaint**

Dear Chief Mr. Newton,

I was brought to your department involuntarily by Derrick Scott.  Mr. Scott and I got into an argument regarding the safety of our son. He did not have a car seat for our 2 yrs. old son. I attempted to remove our son from the vehicle and he drove off with me, leaving my home open and unoccupied.  Mr. Scott had a loaded shot gun and empty alcohol bottles located in the vehicle.  He drove to the station with my son in his lap while talking on the phone. I asked Mr. Scott to take us back home but he refused. My son could have easily accessed the weapon. Mr. Scott arrived at the station approaching an officer asking who was on duty. The officer provided the names of the officers on duty. Mr. Scott requested a specific officer named Officer Reed. This indicated to me that he was looking for some type of favor.

Mr. Scott walked to the back of the station where Officer Reed was located. I was directed by another officer to attend the meeting. However, Mr. Scott walked out with my son. I explained to Officer Reed what the issue was and presented the alcohol bottle. I asked Officer Reed not to allow him to leave with my son without car seat. Officer Reed stated to me that he cannot micro-manage our relationship. I was confused by this statement because my son's safety was the issue not my relationship. Officer Reed got personal with me and advised me to give Mr. Scott my car seat. I told him that he should have his own. Officer Reed continued to discuss my relationship instead of executing his job.  There were three officers present and no one tried to stop him.  He was judging me while Mr. Scott was driving off with my son without a car seat.  I felt judged as a woman.  The officers displayed a bias towards me. Mr. Scott breaks the law and is never confronted.

I am **court ordered** to meet at the police station which is pointless if justice going to be one sided.

I felt attacked. A similar situation happened last year at the station where Mr. Scott drove up without a car seat. Mr. Scott asked me about child support and when I did not give him the response he wanted he became upset and tried to force his way in my car to take my car seat. Officer March pulled up and I informed him what was going. He was rude and told me to get out of his drive way. I told him I was court ordered to meet there and he stated, **"he did not care what the judge ordered".** Mr. Scott placed my baby on the front seat and later pulled a car seat out from his truck. Officer March got aggressive with me and told Derrick Hodges, Fire Chief to give me a complaint form so I can get out. He disrespected me while the other officers turned a death ear. I thought he was going to hit me or something.

On January 29, 2021 Derrick Hodges, Fire Chief recalled this incident but had a different version. According to his version, he saw Mr. Scott get the car seat out of his truck but I assume he turned a blind eye to him pulling on my door. I assume he turned a death ear to him asking me about child support. I felt offended because he judged the situation based what he saw on camera but not what was actually happening in reality. Before taking sides he needed to hear and see. The judge court ordered us to meet there with the idea that this would be the safest place; where there will be honest and impartial individuals to handle any altercation without bias. **However, I have experienced the opposite. I have been judged, disrespected, and treated unfairly.** The bottom line is my son's safety was at risk and he was not protected because of Mr. Scott's relationship with this department. Mr. Scott is not above the law regardless of any relationship he may have with his department. I will be treated fairly and **I am requesting a timely response in writing regarding this matter.**

If you have any questions, or concerns I can be reach at 769-232-8058 and dominiquebullocks@yahoo.com


Respectfully,

Dominique Bullocks

**Lexington Police Department**

**Public Complaint Form**

Date Complaint filed: _1-29-2021_   Public Official's name: _Officer Marsh_

Complainant's name: _Charles Simmons_

Address: _P10. Box 941_

Phone: Home: _662-834-1409_   Cell: _____

By filing this report, I understand that, I, _____ and _____ may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

On 1-26-2021 at 1030pm I called LPD to report very loud music on 3rd St. The police came 10 to 15 min later rode through got to my house and turned his top lights on slowing down. The same thing had happened on 1-23-2021 at 157 am after calling about the same complaint loud music on 3rd St on 1-23-2021 after that incident I called and talked to the dispatcher Derek Hodges and ask him to mention to the officer and ask why he turning lights on at my house. So on 1-26-2021 when this happened again I decided I would I would go to the P.D. and ask to speak to the officer that responded that night. On 1-27-2021 between the hours of 12am and 1230 Am I went to the P.D. and the dispatcher and officer Jackson said the officer was in route back to P.D. when the officer came it was officer Marsh, I asked him was there a reason for him turning lights on at my house. He gave an explanation that I disagreed with and told him that if the police would patrol the neighborhood more often may would be no need to call. I told him that I had video of him sitting in front of my house with lights and siren on after responding to a call on 3rd St. He became rude and confrontational and rude and told me have a good night leave. I told him I needed to speak to the dispatcher he told me I had talked to the dispatcher before he came so leave. I asked you putting me out he said yes leave have a good night. So he ordered me out ~~his~~ of the P.D. I think he was rude, and his conduct was unbecoming of an officer and not professional.

Complainant's Signature: _Charles E. Simmons_ Chief of Police: _J. Newton_



**Lexington Police Department**

**Public Complaint Form**

Date Complaint filed: *March 8, 2021* | Public Official's name: *M. March*

Complainant's name: *Derrick Wilson*

Address: *43 Delta Dr. Tchula, MS*

Phone: Home: *769-798-8420* Cell: *769-798-8420*

By filing this report, I understand that, I *Derrick Wilson* and _____ may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

*See Attachment*

Complainant's Signature: *Derrick Wilson*  Chief of Police: *John Reaton*

**Wilson**

Mon, Mar 8, 2021 3:40 pm

**Derrick Wilson** (mdot1348@gmail.com)

Mayor,Board,  and all administrators, I am Alderman Derrick Wilson Tchula MS. Your officer Markus March is harassing me because he got himself fired in Tchula. I came through the road block with no issues. I returned to the same road block and he had me to pull to the side and ask to see my license and insurance. I gave him my license and pulled my insurance up in my email gave him my phone. He returns with a citation. I had my Alderman decals on my 2020 2500 Dodge Ram. The incident  was an embarrassment because the people coming through se an elected official pulled over and assume I am breaking the laws I preach to my citizens to follow. I asked the officer what the ticket was for because he had my insurance. He replied sarcastically "See you in court! I'm not the judge" Now if I didn't have my credentials then yes give me my citation, but I feel like this is his payback. Being pulled over and given a bogus citation is harassment. I will be coming over  to file a complaint. What he did would intimidate some but not me because I know my rights. I also spoke to Chief Newton and Cheif Deputy March with the county because March was being rude, disrespectful, and petty for his own personal reasons. He was unprofessional and his harassment was not warranted.

Sent from my iPhone

Lexington Police Department

Public Complaint Form

Date Complaint filed: _1-29-2021_   Public Official's name: _Officer Marsh_

Complainant's name: _Charles Simmons_

Address: _P.O. Box 941_

Phone: Home: _662-834-1409_   Cell: _____

By filing this report, I understand that, I, _____ and _____ may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

On 1-26-2021 at 1030pm I called LPD to report very loud music on 3rd St. The police came 10 to 15 min later rode through got to my house and turned his top lights on slowing down. The same thing had happened on 1-23-2021 at 157 am after calling about the same complaint loud music on 3rd St on 1-23-2021 after that incident I called and talked to the dispatcher Derek Hodges and ask him to mention to the officer and ask why he turning lights on at my house. So on 1-26-2021 when this happened again I decided I would I would go to the P.D. and ask to speak to the officer that responded that night. On 1-27-2021 between the hours of 12AM and 1230 AM I went to the P.D. and the dispatcher and officer Jackson said the officer was in route back to P.D. when the officer came it was Officer Marsh, I asked him was there a reason for him turning lights on at my house. He gave an explanation that I disagreed with and told him that if the police would patrol the neighborhood more often may would be no need to call. I told him that I had video of him sitting in front of my house with lights and siren on after responding to a call on 3rd St. He became rude and confrontational and rude and told me have a good night leave, I told him I needed to speak to the dispatcher to he told me I had talked to the dispatcher before he came so leave. I asked you putting me out he said yes leave have a good night. So he ordered me out ~~at~~ of the P.D. I think he was rude, and his conduct was unbecoming of an officer and not Professional.

Complainant's Signature: _Charles E. Simmons_   Chief of Police: _J. Newton_

Lexington Police Department

Public Complaint Form

Date Complaint filed: 4-14-2021      Public Official's name: Sam

Complainant's name: Natasha Deering

Address: 3805 Potthell Rd Apt 18

Phone: Home: _____   Cell: 601-421-8693

By filing this report, I understand that, I, Natasha Deering and Sam _____ may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

Late yesterday evening Ashley Moore was stop by officer Sam and another officer. She was arrested for suspended license and no insurance and wreckless driving. After she was arrested Sam called to get her truck pulled. I ask if I could drive it home but Sam said no and then my son Robert please ask him if he could get the keys out the truck because the house keys was on the key ring and Sam told him he better get from the truck. So Sam told us it we didn't bond her out that day the next day would be a $1000.00 to get her out. She have insurance but Sam wouldn't look at it he just dismissed her that out. So after we ask how much he told us we needed $493.00 to get her out. After her release they went to Chris Dixon to see about the truck and we was told that Sam put a hold on the truck and we wasn't giving a reason Chris said he just doing what Sam said and we had to talk to Sam about it.

Complainant's Signature: Natasha Deering      Chief of Police: _____

after that I seen my son myself Breana and my daughter Shakerria Horton and Ashley Moore did. My son ash Sam why was it a hold on the truck because that don't make no since and Sam told my son you need to get back in the car because I am about sick of you. And then Sam ran my daughter tag for no reason at all. And after that he told my son I know your kind and then he started talking about my son to Ashley Moore saying that he is no count and I feel that he didn't have no reason to disrespect them like that they are kids underneath him.

# City of Lexington

RECEIVED
APR 0 1 2021
By _BP 11:14 am_

**BOARD MEETS EVERY 1ST TUESDAY OF EACH MONTH; REQUEST MUST BE IN BY
12 NOON FRIDAY BEFORE THE 1ST TUESDAY.**

## REQUEST OF AGENDA

**Person Requesting:** Charles E. Simmons

**Representing:** _____

**Street/Mailing Address:** P.O. BOX 941

**City, State, Zip:** Lexington MS. 39095

**Home Phone:** 662-834-1409     **Best Time to Call:** Evenings

**Cell Phone:** _____

**Agenda Requested (Please be as clear and concise as possible.):**

There are signs at each of the Pecan grove entrances that say's No trucks allowed, what does that mean? our streets are ruined by the influx of trucks hauling cars in and out and around our streets, there is no enforcement of those signs, waste of city money. Why does police enforce calls by business and not the same enforcement in neighborhoods. Streets in Pecan grove are often block by cars and individuals littered and garbage police say nothing or do nothing. When will the City appoint a permanent Chief. Request the presence of Police Chief is requested at meeting.

**Requestor's Signature:** Charles E. Simmons  **Date:** 4-1-2021

**Please submit this request to:**

**City of Lexington**
**112 Spring Street**
**Lexington, MS 39095**
**662-834-1261**

Request for Chief at meeting for April 6.2021

# City of Lexington

**BOARD MEETS EVERY 1ST TUESDAY OF EACH MONTH; REQUEST MUST BE IN BY 12 NOON FRIDAY BEFORE THE 1ST TUESDAY.**

### REQUEST OF AGENDA

**Person Requesting:** Charles E. Simmons

**Representing:** _____

**Street/Mailing Address:** P.O. Box 941

**City, State, Zip:** Lexington MS. 39095

**Home Phone:** 662-834-1409   **Best Time to Call:** Evening

**Cell Phone:** _____

**Agenda Requested (Please be as clear and concise as possible.):**

I had a meeting with the chi interim Chief Newton officer Davis, officer Reed. Pertaining to the constant calls to P.D. Concering 3rd Street and the Neighborhood fast driving car hauling all officer acknowledge the action in Neighborhood and said they would be adressed. Nothing happen. Have Question's for Mayor Pertaining to City Property in Pecan Grove. Gatherings on 3rd St. 125 & 123 3rd Street is each Causing a Nuisance and an eyesore. (Down)

**Requestor's Signature:** Charles E. Simmons   **Date:** 4-30-2021

Please submit this request to:

**City of Lexington**
**112 Spring Street**
**Lexington, MS 39095**
**662-834-1261**

It's being reported almost daily sometimes twice a day about issues at this location and nothing been done about it 3rd St. allday and Night.   Interim.

... Request for Chief at meeting. for ~~April~~ May

Request. for City Inspector Dan March.

790-2021

I Charles E. Simmons request a copy of the Zoning Permit for property own by the City of Lexington in the pecan Grove. address Unkown refered to as Ball park also including an address for the property.

RECEIVED
APR 30 2021
By BP 9.18

By: Charles E. Simmons
Charles E. Simmons
P.O. Box 941
Lexington, MS. 39095

Phone: 601-954-1356

**Lexington Police Department**

**Public Complaint Form**



RECEIVED
MAY 13 2021
By_____

Date Complaint filed: _May 10, 2021_ Public Official's name: _Sam_____

Complainant's name: _Lashundra Kirklin_

Address: _109 Swinney Lane_

Phone: Home: _662-834-3814_ Cell: _662-582-1841_

By filing this report, I understand that, I, _Lashunda_ and _____ may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

On Monday May 10, 2021, Sam
the investigator of L.P.D. followed one
of the gentlemen from my house
saying that they had no business
over there with Sammie Kirklin and
that their court coming up. Sam with
LPD also stated that Sammie and
Arguon Stewart be racing up and down
Swinney Lane in a blue truck and
he is waiting to catch them. He is
stalking my residents and it's a
continue thing with him accusing
them of doing things. I think
he is just picking on them and he
need to be stopped

Complainant's Signature: _Lashundra Kirklin_        Chief of Police: _____



Lexington Police Department

**Public Complaint Form**

RECEIVED
JUN 28 2021
By _BP 2:43pm_

Date Complaint filed: _June 25, 2021_   Public Official's name: _Mr. Dobbins_

Complainant's name: _Erica Bullock_

Address: _415 E. Fifth St. Lexington, Ms, 39045_

Phone: Home: _____   Cell: _901-834-1841_

By filing this report, I understand that, I, _Erica Bullock_ and _Mr. Dobbins_ _____ may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

June 24, 2021 Around 7:30 I was on my scooter (moped) driving around Amigo's parking lot as I was driving the police officer came up out of no where, park beside me and let his window down. His exact words when he let the window down was "Hey I don't need to see you on this damn scooter no more now take it home." My respond was "Okay." As I was on the way home, it was a car speeding so fast that I could hear the motor opening up in full speed, so I glanced in my mirror it was officer's Dobbing following behind me trying to run me off the road, well done ran me off the road, I was in fear for my that ran into the ~~~~ garbage can behind subway and hit my right knee all because the officer was driving full speed and wasn't trying to stop! He didn't have no light or siren until after the fact that I hit the garbage, I took off and went the wrong way trying to get away, But I didn't because the officer was still following me and ran me into the fence behind Thurmond's. This not the first time officers Dobbins been picking!!

Complainant's Signature: _Erica Bullock_   Chief of Police: _____

Lexington Police Department

Public Complaint Form



Date Complaint filed: 8-9-21     Public Official's name: _____

Complainant's name: LaShawn Kyzer

Address: 204 College St. Lexington, Ms 39095

Phone: Home: _____ Cell: 662- 739-0766

By filing this report, I understand that, I, LaShaun Kyzer and Chief Sam Dobbins may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

On August 7, 2021, Sat night app. 8:54 pm Chief Sam Dobbins was operating the white suv. At this time the chief was coming up Blvd. St facing the square, I was facing Bank Plus to make a right turn when Chief Sam Dobbins ran the Stop Sign beside People's Drug Store, making a left turn to where He (Sam Dobbins) pulled into the police station I pulled into Police Station to see who was driving so reckless in the Police SUV. An officer (new hire) got out of the truck and walked to my vehicle and I asked him who was driving this Vehicle so reckless that officer said the Chief by that time Chief Dobbins came to my truck and said he was in an emergency then He (Sam) asked my mother who was in the vehicle with me did she get a tag for the truck I bought the truck on Wed. Aug 4, 2021 - purchased tag on Aug 5-2021. The purchased of the tag was not the issue The issue was just because You have made Chief doesn't give you (sam) the right to do what you want. This could have caused a major accident

Complainant's Signature: _____     Chief of Police: _____

# City of Lexington

RECEIVED
AUG 11 2021
By _BP_

**BOARD MEETS EVERY 1ST TUESDAY OF EACH MONTH; REQUEST MUST BE IN BY**
**12 NOON FRIDAY BEFORE THE 1ST TUESDAY.**

### REQUEST OF AGENDA

Person Requesting: _LaShawn Kyzer_

Representing: _____

Street/Mailing Address: _204 College St_

City, State, Zip: _Lexington, MS  39095_

Home Phone: _____  Best Time to Call: _7:00 Am - 7:00 P.M._

Cell Phone: _662-739-0766_

Agenda Requested (Please be as clear and concise as possible.):

_A meeting with the board pertaining to the_
_complaint on the Chief of Lexington Police Dept with_
_the retaliation that has occured._

Requestor's Signature: _____  Date: _8/11/21_

Please submit this request to:

City of Lexington
112 Spring Street
Lexington, MS 39095
662-834-1261

RECEIVED
SEP 30 2021
By BP 10:54am

RECEIVED
Sep 30 21
By

# City of Lexington

**BOARD MEETS EVERY 1ST TUESDAY OF EACH MONTH; REQUEST MUST BE IN BY 12 NOON FRIDAY BEFORE THE 1ST TUESDAY.**

### REQUEST OF AGENDA

**Person Requesting:** Anthony Brown

**Representing:** MMAD

**Street/Mailing Address:** PO Box 148

**City, State, Zip:** Lex, MS 39095

**Home Phone:** 601-668-6690   **Best Time to Call:** Any

**Cell Phone:** 601-668-6690

**Agenda Requested (Please be as clear and concise as possible.):**

How many certified officer with all their Training done on the police force. what the status of chief Training procedure ~~is~~ in place for the police dept. Ordinance related to abandon vehicles, why is the chief still being pa'd and dont Have proper training after one year that required by law. How many officer Have quit or been fired and the last 90 days.

**Requestor's Signature:** _[signature]_   **Date:** Oct-1 2021

**Please submit this request to:**

> **City of Lexington**
> **112 Spring Street**
> **Lexington, MS 39095**
> **662-834-1261**



3-28

# City of Lexington

**BOARD MEETS EVERY 1ST TUESDAY OF EACH MONTH; REQUEST MUST BE IN BY 12 NOON FRIDAY BEFORE THE 1ST TUESDAY.**

### REQUEST OF AGENDA

**Person Requesting:** Shirley Stewart
**Representing:** _____
**Street/Mailing Address:** 143 Coats Rd
**City, State, Zip:** Lexington, MS
**Home Phone:** _____ **Best Time to Call:** _____
**Cell Phone:** 662 299 2769

**Agenda Requested (Please be as clear and concise as possible.):**

Harassment from police officers.
Sam Dobbins Officers Henderson

_____

_____

_____

**Requestor's Signature:** Shirley Stewart **Date:** 12-2-2021

**Please submit this request to:**

> **City of Lexington**
> **112 Spring Street**
> **Lexington, MS 39095**
> **662-834-1261**



RECEIVED
DEC 02 2021
By _____

**Lexington Police Department**

**Public Complaint Form**

Date Complaint filed: 12-2-2021    Public Official's name: _____

Complainant's name: Shirley Stewart

Address: 143 Coats Rd : Lexington

Phone: Home: _____   Cell: 662-299-2769

By filing this report, I understand that, I, Shirley Stewart and Ashley Stewart may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

Harassment from City Police officers.
I would like to speak to the board about Sam
Dobbins and office Henderson. Officers Dobbins
pull up on my Grandson telling him what some one
else told him about the car he own. i have talk to
the mayor Robin McCary about mr. Dobbin Before. He
also made a statement said if you see any Stewarts
speeding pull them over we taking this straight to
madison county. I don't know what he got going on
with Stewart. We haven't done anything to him.
my daughter was having car problem in the City of
Lexington and was Tharassse by officer Henderson
he told her if she didn't move her car right now.
She was going to Jail.

_____
_____
_____
_____
_____

Complainant's Signature: Shirley Stewart   Chief of Police: _____



# City of Lexington

**BOARD MEETS EVERY 1ST TUESDAY OF EACH MONTH; REQUEST MUST BE IN BY 12 NOON FRIDAY BEFORE THE 1ST TUESDAY.**

### REQUEST OF AGENDA

**Person Requesting:** Pluma Gibson

**Representing:** Shirley Gibson

**Street/Mailing Address:** 111 Cemetery St

**City, State, Zip:** Lexington, Mississippi 39095

**Home Phone:** _____ **Best Time to Call:** Anytime

**Cell Phone:** 662-730-1800

**Agenda Requested (Please be as clear and concise as possible.):**

I am requesting to address the broad regarding an incident that taken place on Dec 2, 2021, in the City of Lexington. Involving Lexington P.D.

**Requestor's Signature:** Plumma Gibson **Date:** 12-6-2021

**Please submit this request to:**

> **City of Lexington**
> **112 Spring Street**
> **Lexington, MS 39095**
> **662-834-1261**

Called @ 3:54 on City Hall land line 1/5/22 Rita in reference to her agenda request matter litigation

RECEIVED DEC 06 2021 By 10:30am

Lexington Police Department

Public Complaint Form

Date Complaint filed: 11/22/21    Public Official's name: Officer Moore

Complainant's name: Yolanda Wallace

Address: 3226 Clifton St Lexington Ms. 39095

Phone: Home: _____ Cell (601) 639-0726

By filing this report, I understand that, I, _____ and _____ may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

On Sunday evening at approximately 6:31pm my nephew Rodney Wallace called my phone and said Aunt Tee, that police had Squirt down here at Megos Checking his pockets and asking him what do he have in his pocket and do he have a ID on him. I ask why was they frisking him and he said he don't know, because Squirt didn't do anything wrong. He should put his hand on him, why would he do that. So I told him, let me speak to Squirt and when he got on the phone I ask Squirt what's going on and Squirt told me that when he came out the store the police officer called him over to Dee car and he ask him what was his name and do he have an ID and he said nope and he ask him how old he was and he said 18 and the police officer ask Squirt to come walk over here with him and then he told him to put his hands on top of his car and he started searching him and he ask Squirt what do you have in your pockets and Squirt said nothing but his phone, condom and EBT card. And than he just said hold on right here and that's when he called the other officer and told him to stand behind him and than Sam came over and ask Squirt what's his name is and do he have an ID and his old is he and Squirt said no I don't have an ID and he said that he is 18, and Sam walked off and when he came back he told them to lets go. So I ask why, what was the reason he search y'all did he say why or what and Squirt said no he didn't say anything and I said that's wrong our black kids can't even go to store in peace without them police officer picking on them. Lord God Jesus knows everything that they're doing to his children, He knows.

Complainant's Signature: Yolanda Wallace    Chief of Police: Sam Dobbins

Lexington Police Department

Public Complaint Form



RECEIVED
MAR 24 2022
By ___BP___     3:54pm

Date Complaint filed **03/22/2022** Public Official's name: _Chief Dobbins_

Complainant's name: _Dennis Mosley_

Address: _1700 Brozville Rd Lexington, MS 39095_

Phone: Home: _662-834-4465_ Cell: _662-614-0958_

By filing this report, I understand that, I, _Dennis Mosley_ _____ may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

On 3/22/22 My son Dashawn Walden was driving on Yazoo St headed to my sister n law house to catch the bus for school. He stated a Lexington Police officer pulled him over because he was going 5 miles over the speed limit. My son stated he was asked for his license and insurance, in which he provided to the officer. He then stated the officer asked where he was going and he explained that he was going to catch the bus at his aunt house. Chief then tells my (17) year old son that it's the law that if you stay in Holmes County he need a Holmes County tag. Now, to make this situation sense, my brother who is a resident of Jackson (Hinds Coun let my son use his other vehicle to get back and forth to school. The vehicle is a 2006 Mercedes Benz. Why would the chief tell my son that a tag has to changed out and he's under 18. That was a minor he talking to and my son is not even old enough to register to vote yet. That was irrelevant to him pulling him over.
(next page)

Complainant's Signature: _Dennis Mosley_     Chief of Police: _____

My question is how can a 17 year old get a tag registered in Holmes County. Those questions shoud have directed to his parents. If he's riding in a borrowed vehicle and he has proof of insurance, and his drivers license, then why did he haveto ask the other questions. If he was gone issue him a ticket then he should have did that and left it at that. It's quite strange that the chief and the other officers - is always on Yazoo Street going to and from the school area. I rarely see any officers near Marath going to Central Holmes Christian school.

My conclusion will like to tell me this is definitely a racial issue. He saw a young Black male, driving a Mercedes with a Hinds County tag. I hope the Mayor and the board of Alderman don't take light to these situations happening in our community. It was a reason, why you all was elected. That was to make sure every thing inside the City of Lexington, Ms goe smooth and laws shall be followed and then will be no injustice of any kind. Because my son was going to get an education; NOT Robbing anyone, not killing anyone, and not causing an Chaos. I know most people on the board ar Parents. So, as a parent let's protect our Kids. — signed a concerned Parent Dennis Mosley

Lexington Police Department

Public Complaint Form



Date Complaint filed: 3-29-22     Public Official's name: Chief of police sam

Complainant's name: Charles Mitchell

Address: 722nd Street

Phone: Home: _____ Cell: 660-582-4261
601-405-1167

By filing this report, I understand that, I, _____ and _____ may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

The Chief keep coming to my home
Telling not to work on my car
gave me a violation. Mr Charlie Earl
Simmons call him, for everything, the kids
can't play or ride bikes

Complainant's Signature: _____     Chief of Police: _____



**Lexington Police Department**

**Public Complaint Form**

Date Complaint filed: 4/11/22     Public Official's name: Chief Dobbins

Complainant's name: Cardell Wright (MS Freeda Democratic Party)

Address: 11881 Ebenezer Rd. Lexington, MS 39095

Phone: Home: _____     Cell: 601-421-1900

By filing this report, I understand that, I, Cardell Wright and _____ may be subject to an investigation by the Lexington Police Department. Further more, I swear that this statement is true and I may be charged for filing a false report on the public official listed above.

On Saturday, April 9, 2022 at approximately 2:40 pm, Darius Harris and I went to the Lexington Police Department to pick-up paperwork that Darius was not given upon his release from jail. The clerk at the desk had no knowledge of the matter so he called the Chief who was at the PD unbeknownst to the clerk. Once the clerk spoke with the Chief, the Chief said, "Tell Mr. Wright that I am not meeting with anyone i that he can come back Monday to make an appointment." I responded, "I am not looking to meet with you but only to get the paperwork my client is entitled to. He responded, "All that he needs has been given to the bailbonds woman. I told him that we did not get it. He said, "I am not on duty so I won't be assisting anyone." I said, asked, "Who is on duty?" He said, "I am not pulling my officers off of what they are doing to help you." I said, "You don't have to. The person at the desk can assist me." He said that "I am not about to argue with you. You can come back Monday for an appointment." I said I won't be coming back for an appointment because you could have assisted me now.
My issue with the situation is that when someone is arrested and picked up, their release, paperwork should have been given detailing.

Complainant's Signature: _[signature]_     Chief of Police: _____

the charges & would like also to meet with the appointed chief. The chief & officers are obligated to help the public. We were not requesting a meeting, but only to obtain what should have been given at the release.

The disrespect the Chief gave was uncalled for & unbecoming of a chief of police. If the chief prohibits himself & officers from assisting the public none of them should be in position. Their duties include more than just arresting people.

I am appalled by the treatment the chief gave me and consequently an investigation are in order.

M Gmail

*Pelison's Complaint*

Robin McCrory <lexingtonmsmayor@gmail.com>

## Dwain Pelison
1 message

Dwain Pelinson <dwainpelinson@gmail.com>                                    Fri, Jan 28, 2022 at 9:25 AM
To: Lexingtonmsmayor@gmail.com

I was working for Lexington police department and the chief Sam dobbins sent me on a fake call looking for a Emu bird all night then got mad cause I couldn't find it and I took my employment paper to city hall and he made the statement he run city hall and left because I don't appreciate the way he talk to me as a employee of his

Dwain Pelison 7692372837