FORM 2(c) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MISSISSIPPI

Plaintiff

v.                                              **CIVIL ACTION**
                                                **NO.**

Defendant

### NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION

**TO:**  **All Counsel of Record**

Notice is hereby given that, on the date entered below,

disclosed to _____, the information required by L.U.CIV.R. 26(a).

_____            _____
         Date                                                                    Signature

                                                        _____
                                                            Typed Name & Bar Number


                                    Attorney for: _____