# Exhibit B

*3:22-cv-00479 Harris et al v. Dobbins et al*

Clients: Malcolm Stewart, Darius Harris, Robert Harris

Malcolm Stewart
2554 Love Road
Lexington, MS 39095

Darius Harris
15 West Railroad Avenue
Tchula, MS 39169

Robert Harris
304 Fourth Street
Lexington, MS 39095