IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROBERT HARRIS, *et al.*                                                                 PLAINTIFFS

v.                                                           CIVIL ACTION NO. 3:22cv479-TSL-MTP

SAM DOBBINS, *et al.*                                                                   DEFENDANTS

## **AMENDED CASE MANAGEMENT ORDER**

This matter is before the Court on the Unopposed Motion [161] to Amend Case Management Order. For good cause shown, the Court hereby GRANTS the Motion and amends the Case Management Order [116] as follows:

IT IS, THEREFORE, ORDERED:

1. Plaintiffs' expert designation deadline is extended to November 22, 2023.

2. Defendants' expert designation deadline is extended to December 22, 2023.

3. The discovery deadline is extended to March 1, 2024.

4. All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by March 15, 2024. The deadline for motions *in limine* is twenty-one days before the pretrial conference; the deadline for responses is fourteen days before the pretrial conference.

5. The pre-trial conference is hereby reset for July 15, 2024 before Senior District Judge Tom S. Lee.

6. The jury trial is reset for a four week term beginning August 5, 2024 before Senior District Judge Tom S. Lee.

7. The settlement conference is hereby reset for February 16, 2024 at 9:30 a.m. before the undersigned at the United States Courthouse, Courtroom 6C, 501 E. Court Street,

Jackson, Mississippi. Counsel, the parties, and representatives with full settlement authority must be present. Confidential settlement memoranda are due on or before February 9, 2024.

8. All other provisions of the Case Management Order [116] remain unchanged.

SO ORDERED this 3rd day of October, 2023.

                                              s/Michael T. Parker
                                              UNITED STATES MAGISTRATE JUDGE