**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**ERIC REDMOND**                                                                    **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO. 3:22-cv-479-TSL-MTP**

**SAM DOBBINS and JAMES SHIERS**                                        **DEFENDANTS**

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion to Amend Case Management Order [166]. In the Motion, Plaintiff seeks extensions of the case deadlines, a continuance of the trial, and the cancelation of the settlement conference currently set for February 16, 2023. The Motion is unopposed, and the Court finds good cause to grant much of the requested relief. The Court, however, will grant slightly more modest extensions than those requested in the Motion.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion to Amend Case Management Order [166] is GRANTED;

2. Plaintiff's expert designation deadline is extended to February 1, 2024;

3. Defendants' expert designation deadline is extended to March 1, 2024;

4. The discovery deadline is extended to May 1, 2024;

5. The deadline for motions (other than motions *in limine* or discovery motions) is extended to May 15, 2024;

6. The deadline for the parties' ADR report is extended to September 9, 2024 (7 days before the final pre-trial conference);

7. The pre-trial conference is reset for September 16, 2024, before District Judge Tom S. Lee;

8. The jury trial is reset for a four-week term beginning October 7, 2024, before District Judge Tom S. Lee;

9. The settlement conference set for February 16, 2024, is canceled;

10. The parties shall schedule and complete a private mediation or settlement conference by the discovery deadline of May 1, 2024; and

11. All other provisions of the Case Management Order [116] and Order [162] remain unchanged.

SO ORDERED this the 27th day of November, 2023.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE