4:28



**JULIAN**
283 posts

Follow

**Posts** | Replies | Media | Likes



**JULIAN** @JULIAN_CRHR · 1/30/24
#ComechiaRandle faced a nightmarish ordeal for a minor traffic issue. Tasered and thrown to the ground, her rights were completely disregarded. Her strength to speak out against this injustice is a powerful call to action. #JusticeinLexington #WeAreJULIAN

   36   



**JULIAN** @JULIAN_CRHR · 1/29/24
#DamionLevy is bravely standing against injustice by confronting the City of Lexington's pattern of brutality and unlawful arrests. This historic lawsuit is a courageous stand against systemic discrimination and misconduct. #JusticeinLexington #WeAreJULIAN

↶ 3   ♡ 5   📊 264     



**JULIAN** @JULIAN_CRHR · 1/26/24
#QuarneeshiaWalden's wrongful arrest in her own home shows the depth of the injustice Lexington, MS residents face at the hands of the police. Let her courage to speak out inspire us as we fight for justice in Mississippi and beyond. #ClubofBeing #JusticeinLexington #WeAreJULIAN

 ♡ 1   📊 44     

**JULIAN** @JULIAN_CRHR · 1/26/24
#LeroySecherest intervened when he saw Lexington, MS officers assaulting a young woman living with disabilities. His courage was met with excessive force, false arrest, and retaliation. We're suing Lexington to seek justice for Leroy and so many others. #JusticeinLexington



Ex. D



Post

**JULIAN**
@JULIAN_CRHR

Follow

#CrystalWallace, while pregnant, was forcefully removed from her car by Lexington, MS police officers. She was tripped by officers, which caused her to fall, leading to a miscarriage. The inhumanity shown by Lexington PD is appalling. #JusticeForCrystal #JusticeinLexington

3:44 PM · 2/12/24 From Earth · **30** Views

**1** Like

---

**JULIAN** @JULIAN_CRHR · 2/12/24

Despite Crystal's pleas for medical attention as she began bleeding, she was ignored. This negligence is unforgivable, especially considering the tragic outcome. We demand accountability. #JusticeinLexington

1          2

**JULIAN** @JULIAN_CRHR · 2/12/24

The aftermath of this brutality is not just physical but is also psychological. Crystal suffered excruciating pain and the loss of her unborn child due to the actions of those sworn to protect us. #JusticeinLexington

1          15

Post your reply

4:31

**Post**

3:44 PM · 2/12/24 From Earth · **30** Views

**1** Like

**JULIAN** @JULIAN_CRHR · 2/12/24
Despite Crystal's pleas for medical attention as she began bleeding, she was ignored. This negligence is unforgivable, especially considering the tragic outcome. We demand accountability. #JusticeinLexington

1                    2

**JULIAN** @JULIAN_CRHR · 2/12/24
The aftermath of this brutality is not just physical but is also psychological. Crystal suffered excruciating pain and the loss of her unborn child due to the actions of those sworn to protect us. #JusticeinLexington

1                    15

**JULIAN** @JULIAN_CRHR · 2/12/24
This tragic story highlights the urgent need for change in police practices and accountability in Lexington and beyond. Join us as we continue to demand justice and reform. #WeAreJULIAN

                1    16

Post your reply




JULIAN
283 posts

Follow

**Posts**  |  Replies  |  Media  |  Likes



**JULIAN** @JULIAN_CRHR · 2/8/24
Replying to **@JULIAN_CRHR**

**#ComechiaRandle**'s pleas for medical attention were ignored, her hands turning purple from overly tight cuffs. At the station, she was denied a phone call, and threatened with jail over fabricated charges. **#JusticeinLexington**

💬 1     🔁     ♡     📊 19     🔖     ⬆️



**JULIAN** @JULIAN_CRHR · 2/8/24

This case isn't isolated. It's part of a disturbing pattern in Lexington, where law enforcement's blatant disregard for Black citizens' rights and well-being is systemic. **#ComechiaRandle**'s courage to stand against this injustice demands our support. **#StandWithComechia**

💬 1     🔁     ♡ 1     📊 17     🔖     ⬆️



**JULIAN** @JULIAN_CRHR · 2/8/24

JULIAN stands in solidarity with **#ComechiaRandle** and all of the other plaintiffs in our lawsuit against Lexington. We demand justice and systemic change. **#WeAreJULIAN** and our **#ClubofBeing** is relentless…we won't give up. ✊🏾

💬     🔁     ♡ 1     📊 14     🔖     ⬆️

**Who to follow**




4:31

Post

**JULIAN**
@JULIAN_CRHR

Follow

#LeonLewis, a 65-year-old Vietnam veteran, is taking a stand against the Lexington Police Department for grave injustices he suffered. Here's what happened. #JusticeForLeon

2:57 PM · 2/14/24 From Earth · **39** Views

**1** Like

---

**JULIAN** @JULIAN_CRHR · 2/14/24
On May 18, 2023, while on his way to a Veterans Affairs meeting, Leon was stopped by Officer Cordarious Epps for having the wrong tag on his vehicle—a simple mistake. #CivilRightsViolation

1    10

---

**JULIAN** @JULIAN_CRHR · 2/14/24
Despite Leon explaining he owned three vehicles and had the titles, Officer Epps, without any lawful reason, handcuffed Leon and forcefully placed him in the back of a police vehicle. #ExcessiveForce

1    9

---

**JULIAN** @JULIAN_CRHR · 2/14/24

Post your reply



**JULIAN** @JULIAN_CRHR · 2/14/24

In the scorching mid-80s heat, Epps and Officer Aaron Agee left Leon locked in the car with the heater on for 30-45 minutes, turning it into a "death box". Leon, with preexisting conditions, was in severe danger. #InhumaneTreatment

💬 1    🔁    ♡    📊 6    🔖    📤



**JULIAN** @JULIAN_CRHR · 2/14/24

Suffering from swelling, cramps, chest pains, and headaches due to the intense heat, it was clear: the officers' actions were not just negligent but potentially lethal. #EndPoliceBrutality

💬 1    🔁    ♡    📊 10    🔖    📤



**JULIAN** @JULIAN_CRHR · 2/14/24

A security guard had to intervene, questioning Epps on his failure to render aid. Leon was finally taken to the hospital, treated for dehydration and pain, and warned of the risk of heart attack or stroke due to the ordeal. #Accountability

💬 1    🔁    ♡ 1    📊 15    🔖    📤



**JULIAN** @JULIAN_CRHR · 2/14/24

After surviving this experience, Leon found his vehicle impounded, and despite no charges filed against him, was told he owed an $875 fine. Meanwhile, Officer Epps somehow kept his driver's license. #Corruption

💬 1    🔁    ♡    📊 9    🔖    📤

Post your reply

4:31

Post

questioning Epps on his failure to render aid. Leon was finally taken to the hospital, treated for dehydration and pain, and warned of the risk of heart attack or stroke due to the ordeal. #Accountability

💬 1    🔁    ♡ 1    📊 15

**JULIAN** @JULIAN_CRHR · 2/14/24

After surviving this experience, Leon found his vehicle impounded, and despite no charges filed against him, was told he owed an $875 fine. Meanwhile, Officer Epps somehow kept his driver's license. #Corruption

💬 1    🔁    ♡    📊 9

**JULIAN** @JULIAN_CRHR · 2/14/24

This is not just an isolated incident. It's a glaring example of systemic abuse and disregard for basic human rights and dignity by the Lexington PD. We demand justice and accountability. #SystemicChange

💬 1    🔁    ♡    📊 21

**JULIAN** @JULIAN_CRHR · 2/14/24

Join us in calling for an end to this cycle of abuse. It's time for reform, for the sake of every citizen's safety and for the protection of our rights. #WeAreJULIAN

💬    🔁    ♡    📊 18

Post your reply

4:29

Post

**JULIAN**
@JULIAN_CRHR

Follow

In May 2023, #LeroySecherest, a 44-year-old Black man from Lexington, MS, intervened when he saw two officers assaulting a young lady with disabilities. His bravery led to a series of retaliatory actions by the Lexington Police Department (LPD) against him and his family.

1:30 PM · 2/3/24 From Earth · 102 Views

**1** Repost  **3** Likes

**JULIAN** @JULIAN_CRHR · 2/3/24
When he asked the officers why they were assaulting this young woman, the officers' actions became more violent and Leroy was forced to witness the young woman's continued assault before she was taken away in a cruiser.

1    1    5

**JULIAN** @JULIAN_CRHR · 2/3/24
Leroy followed the officers to the police station to file a complaint, only to be dismissed by the chief of police. But his efforts to seek justice didn't end there; he took to Facebook to expose this misconduct.

Post your reply

4:29

**JULIAN** @JULIAN_CRHR · 2/3/24
Leroy followed the officers to the police station to file a complaint, only to be dismissed by the chief of police. But his efforts to seek justice didn't end there; he took to Facebook to expose this misconduct.

💬 1    🔁    ♡ 1    📊 5

**JULIAN** @JULIAN_CRHR · 2/3/24
The retaliation was swift and personal. Leroy's son was arrested under false charges. When Leroy confronted the police about his son's arrest, he became a target, facing false charges and excessive force that left him with lasting injuries.

💬 1    🔁    ♡ 1    📊 6

**JULIAN** @JULIAN_CRHR · 2/3/24
There has been a calculated effort by the LPD to silence and punish Leroy for standing up against police brutality. The physical and psychological toll on Leroy and his family has been immense, with ongoing legal battles to fight the charges and seek justice.

💬 1    🔁    ♡ 1    📊 27

**JULIAN** @JULIAN_CRHR · 2/3/24
JULIAN's lawsuits against Lexington aren't just about seeking justice for Leroy; they represent a stand against systemic abuse & misconduct. This is only the beginning of our fight against injustice, where every voice of support makes a difference #JusticeinLexington #WeAreJULIAN

💬    🔁    ♡ 1    📊 30

Post your reply