```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                     NORTHERN DIVISION
```

ROBERT HARRIS, DARIUS HARRIS,
ERIC REDMOND, MALCOLM STEWART
AND PETER REEVES                                          PLAINTIFFS

VS.                            CIVIL ACTION NO. 3:22-CV-479-TSL-MTP

SAM DOBBINS, IN HIS INDIVIDUAL
CAPACITY, ET AL.                                          DEFENDANTS

                              ORDER

    Defendants Sam Dobbins and James Shiers, in their individual capacities, have moved for summary judgment pursuant to Federal Rule of Civil Procedure 56.  Plaintiff Eric Redmond has responded in opposition to the motions.  The court, having considered the memoranda of authorities, together with attachments, submitted by the parties, concludes that the motions should be denied.  There are genuine issues of material fact as to the events surrounding the arrest of Eric Redmond, including the nature and extent of defendant Dobbins' involvement.  Accepting Redmond's version as true, there was no arguable probable cause for his arrest.  Therefore, summary judgment is not appropriate.

    Accordingly, it is ordered that defendants' motions for summary judgment are denied.

    SO ORDERED this 3rd day of September, 2024.

                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE