IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROBERT HARRIS, ET AL.**                                                                       **PLAINTIFFS**

**VS.**                        **CIVIL ACTION NO. 3:22-CV-479-TSL-MTP**

**SAM DOBBINS, ET AL.**                                                          **DEFENDANTS**

## STIPULATION OF DISMISSAL

It is stipulated that Plaintiff Eric Redmond's claims against Defendants the City of Lexington, Mississippi, the Lexington Mississippi Police Department, James Shiers individually, Sam Dobbins individually, and Charles Henderson individually and officially may be dismissed with prejudice pursuant to the terms of a Confidential Release of Claims and Settlement Agreement entered into by Plaintiff Eric Redmond, which includes full provisions for any and all claims by Eric Redmond of attorneys' fees and costs arising in this action.

Based on this stipulation, the parties agree that the Court may enter a Final Judgment dismissing this case with prejudice and retain jurisdiction to enforce the terms of the settlement agreement, as necessary.

Dated: January 17, 2025.

                                                 Respectfully submitted,

                                                 **PHELPS DUNBAR, LLP**

                                                 BY: *G. Todd Butler*
                                                          G. Todd Butler, MB #102907
                                                          Mallory K. Bland, MB #105665
                                                          1905 Community Bank Way
                                                          Suite 200
                                                          Flowood, Mississippi 39232
                                                          Telephone: 601-352-2300
                                                          Telecopier: 601-360-9777
                                                          todd.butler@phelps.com
                                                          Mallory.bland@phelps.com

ATTORNEYS FOR MUNICIPAL
DEFENDANTS

AGREED TO AS TO FORM AND CONTENT:

*/s/ Lauren Bonds*
Lauren Bonds
Keisha James
Eliana Machefsky
NATIONAL POLICE ACCOUNTABILITY
PROJECT
1403 Southwest Blvd.
Kansas City, KS 66103
Telephone: (620) 664-8584

Adabelle U. Ekechukwu
Jonathan M. Moses
WACHTELL LIPTON ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1617

Jill Collen Jefferson
JULIAN
440 N. Barranca Ave., Suite #3717
Covina, CA 91723
Telephone: (601) 202-1173

Thomas J. Bellinder
Xiwei Wu
Miranda Breanne Mammen
BELLINDER LAW FIRM
625 N. State St.
Jackson, MS 39202
Telephone: (601) 487-9340

*ATTORNEYS FOR PLAINTIFF*

*/s/ Bethany A. Tarpley*
Daniel J. Grifftith, Esq., MSB #8366
Bethany A. Tarpley, Esq., MSB #104134
Jacks| Griffith| Luciano, P.A.

P.O. Box 1209
150 North Sharpe Avenue
Cleveland, Mississippi 38732-1209
dgriffith@jlpalaw.com
btarpley@jlpalaw.com
katie@jlpalaw.com

**ATTORNEYS FOR DEFENDANT SAM DOBBINS**

PD.47712047.1

**CERTIFICATE OF SERVICE**

I certify that I had a copy of this document filed electronically, which sent notice to all counsel of record.

SO CERTIFIED, this the 17th day of January, 2025.

<i>G. Todd Butler</i><br>
G. Todd Butler