IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROBERT HARRIS, ET AL.**                                                                      **PLAINTIFFS**

**VS.**                                               **CIVIL ACTION NO. 3:22-CV-479-TSL-MTP**

**SAM DOBBINS, ET AL.**                                                                    **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

Plaintiff Eric Redmond and Defendants the City of Lexington, Mississippi, the Lexington Police Department, James Shiers individually, Sam Dobbins, individually, and Charles Henderson individually and officially have agreed to and announced to the Court a confidential settlement of the claims brought by Redmond, and the Court, being advised that the parties have an informed understanding of their rights, that the parties have a full appreciation of the consequences of the confidential settlement, and that the terms of the settlement are fair and reasonable, is desirous that this matter be finally closed on the docket. Previously, this Court dismissed all claims brought by Plaintiffs Robert Harris, Darius Harris, and Malcolm Stewart, and severed the claims brought by Plaintiff Peter Reeves.[1]

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims. Pursuant to the confidential agreement, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED, this the 17th day of January, 2025.

                                             /s/ Tom S. Lee
                                             UNITED STATES DISTRICT JUDGE

---

[1] This Court has also dismissed the claims brought by Peter Reeves in Case No. 3:23-cv-333-TSL-MTP.

PD.47712598.1

**APPROVED AS TO FORM AND CONTENT:**

*Lauren Bonds*
Lauren Bonds
Keisha James
Eliana Machefsky
Adabelle U. Ekechukwu
Jonathan M. Moses
Jill Collen Jefferson
Thomas J. Bellinder
Xiwei Wu
Miranda Breanne Mammen
***ATTORNEYS FOR PLAINTIFFS***

*G. Todd Butler*
G. Todd Butler
Mallory K. Bland

***ATTORNEYS FOR MUNICIPAL DEFENDANTS THE CITY OF LEXINGTON, MISSISSIPPI, THE LEXINGTON POLICE DEPARTMENT, JAMES SHIERS, INDIVIDUALLY, CHARLES HENDERSON, INDIVIDUALLY AND OFFICIALLY, CORDARIUS EPPS, INDIVIDUALLY, JUSTIN NEWELL, INDIVIDUALLY, AND DERRICK SCOTT, INDIVIDUALLY***


*/s/ Bethany A. Tarpley*
Bethany A. Tarpley

***ATTORNEY FOR DEFENDANT SAM DOBBINS, INDIVIDUALLY AND OFFICIALLY***

PD.47712598.1