

**A True Copy**
**Certified order issued Jan 17, 2025**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

No. 24-60511

United States Court of Appeals
Fifth Circuit
**FILED**
January 17, 2025
Lyle W. Cayce
Clerk

ERIC REDMOND,

*Plaintiff—Appellee,*

versus

SAM DOBBINS, *in his individual capacity*; JAMES SHIERS, *in his individual capacity,*

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:22-CV-479

_____

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of January 17, 2025, pursuant to appellant's motion.

No. 24-60511

                      LYLE W. CAYCE
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

*/s/ Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT