# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 17, 2025

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 24-60511   Redmond v. Dobbins
                       USDC No. 3:22-CV-479

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Melissa V. Mattingly, Deputy Clerk
                       504-310-7719

cc w/encl:
    Mr. Thomas J. Bellinder
    Ms. Mallory Kaye Bland
    Mr. Gregory Todd Butler
    Mr. Daniel J. Griffith
    Ms. Keisha James
    Ms. Bethany A. Tarpley