# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 29, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-60073   Harris v. Dobbins
                   USDC No. 3:22-CV-479

The court has denied the motion to supplement the electronic record in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Mr. Jason Eric Bell
Mr. Thomas J. Bellinder
Ms. Mallory Kaye Bland
Ms. Lauren Bonds
Mr. Gregory Todd Butler
Mr. Daniel J. Griffith
Ms. Jillian Shafer Hewitt
Ms. Keisha James
Ms. Jill Collen Jefferson
Mr. Arthur S. Johnston III
Ms. Eliana Machefsky
Ms. Bethany A. Tarpley