# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 17, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 25-60073   Harris v. Dobbins
                  USDC No. 3:22-CV-479

The court has granted an extension of time to and including July 28, 2025, for filing appellee's/respondent's brief in this case.

Additionally, the court has granted the motion to file a joint brief and to file the brief in excess words, not to exceed 18,000 words.

               Sincerely,

               LYLE W. CAYCE, Clerk

*Christy Combel*

               By: _____
               Christy M. Combel, Deputy Clerk
               504-310-7651

Mr. Jason Eric Bell
Ms. Mallory Kaye Bland
Ms. Lauren Bonds
Mr. Gregory Todd Butler
Mr. Daniel J. Griffith
Ms. Jillian Shafer Hewitt
Ms. Keisha James
Ms. Jill Collen Jefferson
Mr. Arthur S. Johnston III
Ms. Eliana Machefsky
Ms. Bethany A. Tarpley